IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MEDALLIA INC., *Plaintiff*, v. ECHOSPAN, INC., *Defendants*. | CIVIL ACTION NO: 1:23-cv-03730-TCB |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR THE CLOSE OF FACT DISCOVERY

Before this Court is the Joint Motion for Extension of Time for the Close of Fact Discovery. The Court hereby GRANTS the Joint Motion for Extension of Time.

The Close of Fact Discovery shall be "8 months after Discovery Begins or 180 days after the Markman Order if issued less than 30 days before the close of fact discovery."

SO ORDERED, this 11th day of April, 2024.

_____
Timothy C. Batten, Sr.
United States District Judge