# EchoSpan Exhibit 1-8

OXFORD

# DICTIONARY OF COMPUTING

SIXTH EDITION



# A Dictionary of Computing

SIXTH EDITION

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York
Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in
Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978–0–19–923401–1

10 9 8 7 6 5 4 3 2 1

Credits

Preface

Guide to the Dictionary

**A Dictionary of Computing**

Computer Graphics (Featur

The Anatomy of an Internet

Object-oriented Programmi

Quantum Computing (Featu

SQL (Feature)

XML (Feature)

Appendices

Generic Domain Names

Country-Code Domain N

File Extensions

Character Set

Greek Alphabet

Chronology

Useful Web Sites

ɛs. This format stores the
ɔunds as well as the pat-
ıance data. Programs that
ıese files are commonly

*See* DIALOG MANAGEMENT.

ıy logical system that al-
odal operators designed to
truth. The two most com-
e "necessity" and "possibil-
en as $\Box$ and $\Diamond$, where $\Box F$
cessarily true" and $\Diamond F$ that
." The objective of modal
vn meanings and laws of
se modes of truth. Modal
veloped in philosophy and
f advanced technologies in
e.

erator ●, the value of a for-
terpretation $I$ depends on
a whole class of interpreta-
rather than on the value of
is the case in a nonmodal
true in an interpretation
s true in all worlds $w'$ re-
sible from) $w$, while $\Diamond F$ is
ue in at least one such $w'$. In
mantics of modal logic,
nsiders **frames** of the form
s a set of worlds and $R$ is an
**tion** on $W$. Each world at-
all the primitive symbols in

gic the modal operators cor-
ams, and the worlds corre-
f execution. Then the
e in a particular state $s$ if $F$ is
eachable from $s$ by running
ynamic logic is similar to
ıe fact that its formulas in-
amming and logical con-

ɔgics the modal operators
etations that might depend
ıulas express "$F$ is some-
is always true". Other
express notions of belief,
obligation. All these ideas
ance in reasoning about
stems. Hence recent years
ive use of modal logics in
ation and *formal specifica-
ɔr concurrent programs and

ı used in many contexts



concerning the operation and use of a computer system. For example: conversational mode refers to interactive computer use; interpretive mode refers to a way of executing a language; there are addressing modes in instruction descriptions. **2.** *See* MEASURES OF LOCATION.

**model** A simplified representation of something (the **referent**). The representation may be physical or abstract, and may be restricted to certain properties of the referent. In computing, models are usually abstract and are typically represented in a diagramming notation, such as *dataflow diagrams (in *functional design), *ERA diagrams (for a *data model), or *state-transition diagrams (for a model of behavior); in the case of the *relational model the referent is the target system while in the *waterfall model, *V-model, and *spiral model the referent is the development process. In computer graphics, models are used to create realistic images of objects and their attributes (*see* COLOR MODEL, LIGHTING MODEL, REFLECTANCE MODEL).

**model-based reasoning** An approach in *artificial intelligence that relies on the use of a model as the basis of its inferencing abilities rather than empirical information. A model is a principled representation of a problem domain that has predictive and explicative features. An example is seen in diagnosis applications where model-based reasoning offers an alternative to methods based on *probabilistic reasoning.

**model-based specification** A form of specification, usually *software specification, that is developed by creating a mathematical model of that system. Typically the mathematical model is expressed in terms of objects and operations, and these are defined using such mathematical concepts as *sets, *relations, and *functions.

**modeless dialog** *See* DIALOG MANAGEMENT.

**modeling** The act of creating a *model of something for a particular purpose, such as to describe it, understand it, or derive some properties. The process involves deciding which simplifications, idealizations, or abstractions to make, what kinds of representations to adopt, and how to express the selected properties of the referent. The context of a prospective system may be modeled as part of the *systems analysis. A program or software-based system may be modeled to produce an abstract design or for nonfunctional properties such as performance.

**modeling clip** A clip defined at the modeling stage of constructing objects to be viewed. *See also* CLIPPING.

**model numbers** In the language Ada, the set of values of a variable that are guaranteed to be exactly represented for the requested accuracy of the variable. The implementation will typically use a greater accuracy which has a larger range than that requested. Consequently the implemented accuracy will usually be higher, and other values will also be exactly represented. Associated with each implemented value will be a model **interval**, which defines the degree of uncertainty in the value. If a value is a model number then the model interval is zero; if a value is not a model number then the model interval is defined by the two model numbers surrounding the value.

**modem** *Short for* modulator and demodulator. A device that can convert a digital bit stream into an analog signal suitable for transmission over some analog communication channel (*modulation), and can convert incoming analog signals back into digital signals (*demodulation). Modems are used to connect digital devices across analog transmission lines. Most modems are designed to match specific national or international standards so that data communication equipment from one manufacturer can talk to that of another.

Modems can be packaged in many ways: as *add-in cards or *PC cards allowing personal computers to communicate over ordinary phone lines, as small external units, or as rack mounted sets for large applications requiring many simultaneous connections. Modern modems, for attachment to a normal telephone line, can handle data at 56 000 bps, which is about the upper limit attainable over voice-frequency channels. *Broadband modems allow users to connect at speeds of several gigabits per second using ADSL or similar services.

**moderator** A person who controls a newsgroup, having the authority to warn users and block or remove messages if these are inappropriate.

**modifier bits** Usually a small subset of

m