# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| MEDALLIA INC., <br><br> *Plaintiff*, <br><br> *v.* <br><br> ECHOSPAN, INC., <br><br> *Defendant*. | Civil Action No. <br> NO. 1:23-cv-3730-TCB |

## DECLARATION OF N. ANDREW CRAIN, ESQ

I, N. Andrew Crain, Esq., being of lawful age and capacity and familiar with the matters set forth herein, declare as follows pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure and 28 U.S.C. § 455 based on my personal knowledge:

1. I have been asked to serve as Special Master in the above-captioned matter.

2. I am not aware of any reason in which my impartiality might reasonably be questioned as a Special Master in the above-captioned proceeding.

3. I do not have a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

4. In private practice, I have not served as lawyer in the matter in controversy, and no lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter, and neither I nor any such lawyer has been a material witness concerning it.

5. I have not served in governmental employment or participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy.

6. Neither I, individually or as a fiduciary, or my spouse or minor child residing in my household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding.

7. Neither I nor my spouse, nor a person within the third degree of relationship to either of them, or the spouse of such a person: (i) is a party to the proceeding, or an officer, director, or trustee of a party; (ii) is acting as a lawyer in the proceeding; (iii) is known by me to have an interest that could be substantially affected by the outcome of the proceeding; or (iv) is to my knowledge likely to be a material witness in the proceeding.

8. In making the foregoing statements, I have informed myself about my personal and fiduciary financial interests, and I have made a reasonable effort to inform myself about the personal financial interests of my spouse and minor children residing in my household.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2024.

N. Andrew Crain, Esq.