# Exhibit 1-6

# Exhibit 1-6.A

nce A. Leventhal
TREND® Series

# THE ARTIFICIAL INTELLIGENC DICTIONARY



# The Artificial Intelligence Dictionary

Ellen Thro

**Microtrend® Books**
San Marcos, California

Copyright© 1991 Ellen Thro

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system without written permission from the copyright holder, except for the inclusion of brief quotes in a review.

Library of Congress Cataloging-in-Publication Data
The artificial intelligence dictionary
Thro, Ellen
Lance A. Leventhal microtrend series
1. Artificial intelligence – Dictionaries
I Title. II Series
Q334.2.T48 1991 006.3'03 – dc20 89-43542

ISBN 0-915391-36-8

Microtrend® Books
Slawson Communications, Inc
San Marcos, CA 92069-1436

Printed in the United States

Production by Bill McLaughlin and Warren Communications
Cover by John Odam Design Associates and Pete Evaristo

1 2 3 4 5 6 7 8 9 10

## leaf rou•tine

***(Programming)***

A routine that does not call any other routines. That is, when the entire program structure is viewed as a tree, a leaf has no nodes below it.

## learn•ing

***(Expert systems; Neural networks; Planning; Robotics)***

*n.* Ability of a system to retain the results of previous problem solving operations and apply them to new situations. Requires the persistence of data or persistent changes in the computer or data structures, the ability to formalize knowledge, and generalization.

Synonyms: *automatic learning; machine learning.*

Methods of learning include:

- **CHUNKING** — creation of new rules based on a newly solved problem for application when it recurs
- **KNOWLEDGE ACQUISITION** — the persistent retention of entered data, rules, or other knowledge
- **LEAD-THROUGH PROGRAMMING** — the manual movement of a robot through an operation with the motions and stopping points being recorded in the controller
- **LEARNING BY EXAMPLE** — in which a system constructs general knowledge from specific examples, without outside knowledge
- **LEARNING BY INSTRUCTION** — in which, given a descriptive specification for a solution, the system generates rules to implement it
- **SUPERVISED LEARNING** — in which a system, such as a neural network, develops and retains paths through presentation of required knowledge as well as repeated exposure to training patterns
- **UNSUPERVISED LEARNING** — in which a system, such as a neural network, develops and retains paths through repeated exposure to training patterns

Also see *chunking*; *lead-through programming*; *neural network*; *persistence*; *supervised learning*; *unsupervised learning*.

m; *predicate calcu-*

sed on the observa-
ion

ı variety of applica-
ators and in neural

athematician, in his
" (Kharkov Mathe-

# M

## ma•chine learn•ing

See *learning*.

## ma•chine tool

***(Manufacturing)***

Equipment used in industrial manufacturing, such as lathes, milling machines, grinders, and other tools to form and shape parts from stock material. Most machine tools today are computer controlled using a method called NUMERICAL CONTROL. Several numerical control languages exist, of which APT is the best known.

Though not "intelligent," sophisticated machine tool systems have many features in common with stationary robots used in manufacturing. Computer integrated manufacturing (CIM) systems often involve numerically controlled machines working together with robots.

Also see *computer integrated manufacturing*; *numerical control*.

# Exhibit 1-6.B

# Encyclopedia of Computer Science

FOURTH EDITION



Anthony Ralston, Edwin D. Reilly, David Hemmendinger

EDITORS

# Encyclopedia of Computer Science

## FOURTH EDITION

Editors:

**Anthony Ralston**
**Edwin D. Reilly**
**David Hemmendinger**

nature publishing group

Encyclopedia of Computer Science
Fourth Edition
Edited by Anthony Ralston, Edwin D. Reilly and David Hemmendinger

© Nature Publishing Group, 2000

All rights reserved. No reproduction, copy or transmission of this publication may be made without written permission. No part of this publication may be reproduced, stored in or introduced into a retrieval system, or transmitted, in any form, or by any means (electronic, mechanical, photocopying, recording or otherwise) without the prior written permission of the publisher unless in accordance with the provisions of the Copyright Designs and Patents Act 1988, or under the terms of any licence permitting limited copying issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 9HE, UK.

Any person who does any unauthorized act in relation to this publication may be liable to criminal prosecution and civil claims for damages.

Published in the United Kingdom by
NATURE PUBLISHING GROUP, 2000
25 Eccleston Place, London, SW1W 9NF, UK
Basingstoke and Oxford
ISBN: 0–333–77879–0
Associated companies throughout the world
http://www.nature.com

British Library Cataloguing in Publication Data

Encyclopedia of Computer Science
1. Computer science–Encyclopedias
I. Ralston, Anthony II. Reilly, Edwin D. III. Hemmendinger, David
004/ . 03

Published in the United States and Canada by
GROVE'S DICTIONARIES, INC
345 Park Avenue South, New York, NY 10010-1707, USA
ISBN: 1–561–59248–X

Library of Congress Cataloging in Publication Data

A catalog for this record is available from the Library of Congress

Typeset in the United Kingdom by Aarontype Limited, Bristol.
Printed and bound in the United Kingdom by Bath Press Ltd, Bath.

# Contents

| | |
|---|---|
| Contributors | vii |
| Preface to the Fourth Edition | xiii |
| Editors' Foreword | xv |
| Classification of Articles | xvii |
| Trademarked Items | xxvii |
| ENCYCLOPEDIA | 1–1878 |
| Color Pages CP-1–CP-16 | Between 1024/1025 |
| Appendices | |
| I. Abbreviations and Acronyms | 1879 |
| II. Notation and Units | 1909 |
| III. Computer Journals and Magazines | 1913 |
| IV. Ph.D.-Granting Departments of Computer Science and Engineering | 1927 |
| V. Presidents of Major Computing Societies | 1933 |
| VI. Key High-Level Languages | 1937 |
| VII. Glossary of Major Terms in Five Languages | 1945 |
| VIII. Articles Deleted from Previous Editions | 1955 |
| IX. Timeline of Significant Computing Milestones | 1961 |
| Name Index | 1977 |
| Subject Index | 1993 |

generation by compilers, and efficient execution by the computer.

With human forgetfulness and susceptibility to confusion no longer needing to be taken into account, RISC operations are much more regular in their formation than their older counterparts, and hence easier for the processor to interpret and execute. RISC opcodes not only execute quicker—many in a single clock cycle each—but lend themselves to such advances as the execution of multiple concurrent instruction streams, so that whichever path is finally selected by some switch further down the program, some of the instructions lying on that path will already have been executed (*see* PIPELINE and INSTRUCTION-LEVEL PARALLELISM). Continuing the trend established by RISC architecture is the development of VLIW (Very Long Instruction Word) processors, where 64-bit (or longer) instructions pack still more information into each word, and still more optimization of hardware usage is achieved.

The cost in human usability is easily borne, since such instructions are intended to be generated by compilers, not written directly by programmers. Low-level debugging of such code, of course, is much more difficult than is debugging of human-tailored code, because so much tweaking and massaging has been performed on it by various optimizers that the correspondence between a given RISC instruction and the compiler statement that originally caused its generation can be very hard to trace. Such difficulty is redoubled if the code has been reorganized so as to exploit parallel execution. In that case the computer (to turn Sun Microsystems' slogan on its head) is really a network, with several processors semi-independently executing as many streams of instructions, and sending each other messages as necessary—but a network whose detailed management has been taken out of the hands of the programmer, even as Fortran, long ago, took away physical index-register management.

## Acknowledgments and Bibliographical Suggestions

I am indebted to Richard Goodell of Tandem Computers, Inc. for a code inspection that greatly improved the sample macro offered in the "Trapping Ability" section.

ML programming seems to have generated no literature, and AL has had little of consequence written about it. On most topics the reader may want to pursue further, the relevant articles in this *Encyclopedia* will probably be the best recourse. On the loading of programs that have been assembled into ML, and the linking together of separately assembled programs when they refer symbolically to each other, see Presser and White (1972). For the internal workings of assemblers, see Barron's (1972) lucid explanation. For some anecdotal memories of the era when AL programming was common, see Halpern (1991, 1992). There are countless books explaining AL programming for the Intel and Motorola chips that power most PCs; that by Crayne and Girard (1985) starts from scratch, is clearly written, and is cheap by modern standards. On RISC architecture, see not only Cocke and Markstein (1990), but the entire issue of the *IBM Journal of Research and Development* in which it appears.

### *Bibliography*

1972. Barron, D. W. *Assemblers and Loaders*, 2nd Ed. New York: American Elsevier.
1972. Presser, L., and White, J. "Linkers and Loaders," *Computing Surveys*, **4**, *3* (September), 149–167.
1985. Crayne, C. A., and Girard, D. *The Serious Assembler.* New York: Pocketbooks.
1988. Somerson, P. *DOS Power Tools: Techniques, Tricks and Utilities.* New York: Bantam Books.
1990. Cocke, J., and Markstein, V. "The Evolution of RISC Technology at IBM," *IBM Journal of Research and Development*, **34**, *1* (January), 4–10.
1990. Halpern, M. *Binding Time.* Norword, NJ: Ablex.
1991. Halpern, M. "On the Heels of the Pioneers: A Memoir of the Not-quite-earliest Days of Programming," *Annals of the History of Computing*, **13**, *1*, 101–111.
1992. Halpern, M. "Turning Into Silicon: Further Episodes from Programming's Early Days," *Annals of the History of Computing*, **14**, *1*, 61–69.
1997. Livingston, B., and Straub, D. *Windows 95 Secrets*, 4th Ed. Foster City, CA: IDG Books.

**Mark Halpern**

# MACHINE LANGUAGE

*See* MACHINE AND ASSEMBLY LANGUAGE PROGRAMMING.

# MACHINE LEARNING

For articles on related subjects *see* ARTIFICIAL LIFE; EXPERT SYSTEMS; GENETIC ALGORITHMS; NEURAL NETWORKS; PATTERN RECOGNITION; PERCEPTRON; and STATISTICAL APPLICATIONS.

*Machine learning* is the study of methods for constructing and improving software systems by analyzing examples of their desired behavior rather than by directly programming them. Machine learning methods are appropriate in application settings where people are unable to provide precise specifications for desired program behavior, but where examples of this behavior are available. Such situations include optical character recognition (*q.v.*), handwriting recognition, speech recognition (*q.v.*), automated steering of automobiles, and robot control and navigation. A key property of these tasks is that people can perform them quite easily, but cannot articulate exactly *how* they perform them. Hence, people can provide input–output examples, but they cannot provide precise specifications or algorithms.

Machine learning methods are also appropriate for situations where the task changes with time or across different users, so that a programmer cannot anticipate exactly how the program should behave. For example, machine learning methods have been used to assess credit card risk, to filter news articles, to refine information retrieval (*q.v.*) queries, and to predict user browsing behavior in computer-based information systems such as the World Wide Web (*q.v.*).

A third area of application for machine learning algorithms is to the problem of finding interesting patterns in databases, sometimes called *data mining* (*q.v.*). Many corporations gather information about the purchases of customers, the claims filed by medical providers, the insurance claims filed by drivers, the maintenance records of aircraft, and so forth. Machine learning algorithms (and also, many traditional statistical methods) can find important patterns in this data that can be applied to improve marketing, detect fraud, and predict future problems.

Machine learning tasks can be grouped into three types: supervised, reinforced, and unsupervised.

## SUPERVISED LEARNING

In *supervised learning*, the goal is to learn the form of a function $y = f(x)$ by analyzing examples of the form $(x_i, y_i)$, where $y_i = f(x_i)$. Each input value $x_i$ is usually an $n$-dimensional vector, where each dimension is either discrete or real-valued. Each output value $y_i$ is typically either a discrete value or a continuous quantity. For example, in optical character recognition, each input value $x_i$ might be a 256-bit vector giving 4-bit pixel values of an $8 \times 8$ input image, and each output value $y_i$ might be one of the 95 printable ASCII characters. When, as in this case, the output values are discrete, $f$ is called a *classifier* and the discrete output values are called *classes*.

Alternatively, in credit card risk assessment, each input might be a vector of properties describing the age, income, and credit history of an applicant, and the output might be a real value predicting the expected profit (or loss) of giving a credit card to the applicant. In cases where the output is continuous, $f$ is called a *predictor*.

To design a supervised learning algorithm, one must choose a set of possible functions $\mathcal{H}$ that is likely to contain the unknown function $f$. It is also important to keep $\mathcal{H}$ small, because the larger it becomes, the more training examples are needed to learn successfully. Given a training set of examples $\{(x_1, y_1), (x_2, y_2), \ldots, (x_m, y_m)\}$, a learning algorithm will implicitly search $\mathcal{H}$ to find a hypothesis $h \in \mathcal{H}$ that is estimated to be accurate for predicting the $y_j$ values of new data points $x_j$. A good way to estimate the predictive accuracy of a hypothesis $h$ is to see how accurately it classifies examples from the training set of known examples. Hence, most learning algorithms attempt to find an $h$ that minimizes prediction error on the training set.

However, if the training examples contain noise or if the training set is unrepresentative (particularly if it is small), then an $h$ with perfect accuracy on the training examples may still perform poorly in classifying new examples. This is called the problem of *overfitting*, and it arises when $h$ becomes overly complex and *ad hoc* as the learning algorithm tries to achieve perfect performance on the training set. To avoid overfitting, learning algorithms must seek a trade-off between the simplicity of $h$ (simpler hypotheses are less likely to be *ad hoc*) and accuracy on the training examples. A standard approach is to define a *complexity measure* for each hypothesis $h$ and to search for the $h$ that minimizes the sum of this complexity measure and the errors measured on the training data.

Learning algorithms have been developed for many function classes $\mathcal{H}$ including linear threshold functions (linear discriminant analysis, the naive Bayes algorithm, the LMS algorithm, and the Winnow algorithm (*see* Duda and Hart, 1973), decision trees (the CART and C4.5 algorithms; *see* Mitchell, 1997; Breiman *et al.*, 1984; Quinlan, 1993), feedforward neural networks (*q.v.*) (the backpropagation algorithm; *see* Bishop, 1996), and various families of stochastic models (the EM algorithm; *see* McLachlan and Krishnan, 1997).

Theoretical analysis of supervised learning problems and learning algorithms is conducted by researchers in the area of computational learning theory (Kearns and Vazirani, 1994). One of the primary goals of research in this area is to characterize which function classes $\mathcal{H}$ have polynomial time (*see* COMPUTATIONAL COMPLEXITY) learning algorithms. Among the key results is a theorem showing that the number of training examples required to learn accurately a function $f$ in a function class $\mathcal{H}$ grows linearly in a parameter known as the Vapnik–Chervonenkis dimension (VC dimension) of $\mathcal{H}$. The VC dimension of most commonly used function classes has been computed. Another key result is a set of proofs showing that certain function classes (including small Boolean formulas and deterministic finite state automata) cannot be learned in polynomial time by any algorithm. These results are based on showing that algorithms that could learn such function classes could also break several well-known cryptographic schemes which are believed to be unbreakable in polynomial time.

### Reinforced Learning

*Reinforced learning* problems arise when a computer program must make a sequence of decisions before receiving a reward signal. Imagine a computer playing the game of chess. The computer must make a long sequence of moves before it finds out whether it wins or loses the game. Similarly, in robot navigation, the robot must choose a sequence of actions in order to get from a starting location to some desired goal. We could train computers to play chess or control robots by telling them which move to make at each step. But this is difficult, tedious, and time-consuming. It would be much nicer if computers could learn these tasks from only the final outcome—the win or loss in chess, the success or failure in robot navigation. Reinforced learning algorithms are designed to solve this kind of *learning from delayed reward.*

Reinforced learning algorithms learn a task by performing it—that is, they make moves in chess or issue control commands to robots. Before each move, the algorithm examines the current state, $s$, of the world (i.e. the current board position in a chess game or the current sensor inputs from the robot) and then chooses an *action a* (i.e. a chess move or a robot command). The action causes the world to change to a new state $s'$. After each state transition, the computer receives a reward, $R(s')$. In chess, the reward is zero until the end of the game, where it is 1 (win), 0 (draw), or $-1$ (loss). In robot navigation, there is typically a large positive reward for reaching the goal position and a small negative reward for each step. There may also be negative rewards for bumping into walls or other obstacles.

The goal of reinforced learning is to construct an optimal policy for choosing actions. A policy is a function, $\pi$, that maps from states to actions: $a = \pi(s)$. An optimal policy is the policy that receives the highest total reward. There are two main approaches to finding an optimal policy.

One approach is to search the space of policies directly. A policy can be represented as a computer program. Genetic algorithms, genetic programming, and other global optimization algorithms can be applied to generate alternative policies (programs) and then test them to evaluate how well they perform. Good policies can be combined to generate new candidate policies, which are then evaluated.

The other approach is to first learn something called a value function, $V(s)$, which tells for each state $s$ how valuable it is for the world to be in that state. More precisely, the *value function* estimates the total reward that would be received by acting optimally starting in the specified state. The value function can be learned by "backing up" the results of lookahead search. Starting in a given state $s$, the computer can look ahead one step by considering all possible moves that can be made in that state. Each move $a$ will take the world into a new state $s'_a$ and obtain some immediate reward, $R(s'_a)$. The best move, $a^*$, is the move with the highest total value: $V(s'_{a^*}) + R(s'_{a^*})$. This quantity is called the *backed-up value* of the current state $s$. When the value function is properly learned, it must be true that the value of a state $s$ is equal to its backed-up value: $V(s) = V(s'_{a^*}) + R(s'_{a^*})$. If this is not the case, then the learning algorithm can change $V(s)$ to make it true. This is called a *Bellman backup.* By performing Bellman backups in every state often enough, information about the delayed rewards propagates backwards toward earlier states, and the value function eventually converges to the optimal value function. From the optimal value function, it is easy to compute the optimal policy: at each state, the computer chooses the action $a^*$ that has the highest total value.

The value function can be stored in a table, with one entry for every state. This is only practical, however, for small problems. For large problems, the value function can be represented as a parameterized function, such as a neural network (*q.v.*). The $TD(\lambda)$ algorithm provides a method for updating the parameters of parameterized functions to approximate Bellman backups. The resulting methodology is called *Neuro-Dynamic Programming,* and it has been successful in several challenging problems including backgammon (where the world's best backgammon program was constructed this way), job-shop scheduling, and elevator scheduling (Bertsekas and Tsitsiklis, 1996; Tesauro, 1995).

### Unsupervised Learning

*Unsupervised learning* algorithms attempt to find structure in a set of data points. Consider, for example, an astronomy project in which the spectra of thousands of stars have been gathered. Each spectrum is a vector of numbers giving the intensity of a star's light at various wavelengths. Can we find patterns in this data? Suppose, for example, that we believe that there are different classes of stars. Could we use this data to identify the different classes of stars and group the stars into those classes? Unsupervised learning often involves clustering data into classes in this fashion.

One way to do this is to adopt a *generative model* for how the data is generated. For example, the model might say that each spectrum is generated by first choosing a star class at random and then taking the "standard spectrum" for that star class and adding random noise to the light intensities. An unsupervised learning algorithm (such as the EM algorithm; *see* McLachlan and Krishnan, 1997) can then be applied






**FIG. 2.** A competition between two of Karl Sims' "evolved virtual creatures." Creatures are built of blocks of various shapes linked by flexible joints and powered by "muscles" controlled by circuits. Each creature has been selected for its ability to perform a variety of tasks, one of which is attempting to capture a square block in a contest with another creature. The starting position is shown in **(a)**. In **(b)**, the creatures begin to jockey for position. Panels **(c)** and **(d)** show closeup snapshots of the battle. As of **(d)**, it appears that the white creature has the upper "hand," but in the end, **(e)**, the yellow creature has captured the green block. Photos courtesy of Karl Sims.




**FIG. 3.** Three experimental abstract images produced by "artificial evolution" from different initial images. Photos courtesy of Karl Sims.

## TOMOGRAPHY, COMPUTERIZED



FIG 4. Three-dimensional computer graphic display of a patient's head obtained from a series of two-dimensional CT scans. On the left we see the skin and a constraining strap as well as part of the skull, while on the right we see some of the muscles and the skull. (Illustration provided courtesy of J.K. Udupa, University of Pennsylvania).

## VIDEOGAMES



FIG 1. A scene from Playstation's 'Gran Turismo 2' videogame (Courtesy of Sony Computer Entertainment)

## ZUSE, KONRAD



FIG 2. Konrad Zuse's paintings "Schwingungen" and "Wachstum"(Courtesy of Horst Zuse, Berlin)





to compute the "standard spectrum" for each class and to estimate the amount of random noise that is being added to this standard spectrum to generate the data points. According to this view of unsupervised learning, the goal is to construct a probability distribution that is most likely to have generated the data—in other words, unsupervised learning is a form of probability density estimation (Duda and Hart, 1973).

The probabilistic models constructed by unsupervised learning can often be applied to perform classification tasks. For example, given a collection of digitized handwritten digits, such as one might encounter in an automatic handwriting recognition task, it is possible to cluster them into 10 classes (one for each digit), and to model each class by its own probability distribution. A new handwritten digit can be classified by assigning it to the class that is most likely to have generated the observed digit. This approach is the basis of most speech recognition systems: for each word in the dictionary, a probabilistic model can be formed for speech signals corresponding to that word. When a new word is spoken, the computer identifies the probabilistic model that is most likely to have generated the observed speech signal, and the word corresponding to that probabilistic model is guessed to be the word that was spoken. Speech signals are typically represented using a form of stochastic finite state machine called a *hidden Markov model.*

An alternative view of unsupervised learning is that it seeks to identify low-dimensional structure in high-dimensional data. For example, the Kohonen self-organizing map is an approach to unsupervised learning which assumes that the observed data consist of a set of points lying in a two-dimensional plane embedded in some much higher-dimensional space. The learning algorithm attempts to find coordinates for a two-dimensional grid such that each data point is near to a point on the grid. The method generalizes to one-dimensional or three-dimensional grids of points. By mapping high-dimensional data onto a low-dimensional grid, it is often possible to visualize the data and gain important insights.

### *Bibliography*


1973. Duda, R., and Hart, P. *Pattern Classification and Scene Analysis.* New York: John Wiley.

1984. Breiman, L., Friedman, J. H., Olshen, R. A., and Stone, C. J. *Classification and Regression Trees.* Monterey, CA: Wadsworth and Brooks.

1993. Quinlan, J. R. *C4.5: Programs for Empirical Learning.* San Francisco: Morgan Kaufmann.

1994. Kearns, M. J., and Vazirani, U. V. *An Introduction to Computational Learning Theory.* Cambridge, MA: MIT Press.

1995. Tesauro, G. "Temporal Difference Learning and TD-Gammon," *Comm. of the ACM,* **28**, *3*, 58–68.

1996. Bertsekas, D. P., and Tsitsiklis, J. N. *Neuro-Dynamic Programming.* Belmont, MA: Athena Scientific.

1996. Bishop, C. M. *Neural Networks for Pattern Recognition.* Oxford: Oxford University Press.

1997. McLachlan, G. J., and Krishnan, T. *The EM Algorithms and Extensions.* New York: John Wiley.

1997. Mitchell, T. *Machine Learning.* New York: McGraw-Hill.


**Thomas G. Dietterich**

## MACHINE-READABLE FORM

For articles on related subjects *see* MEMORY: AUXILIARY; OPTICAL CHARACTER RECOGNITION; PAPER TAPE; PUNCHED CARD; and UNIVERSAL PRODUCT CODE.

*Machine-readable form* refers to the form in which information is encoded for direct, automatic input into a computer. Keyboard input is machine-readable, for example, because the machine senses which keys are depressed in which order. Carefully hand-printed characters on certain forms (e.g. social security numbers on driver's license renewals), can be read directly by optical scanning devices. Machine reading of handwritten script has improved significantly in recent years, and handheld computers on which the user writes with a stylus can be "trained" to recognize the user's handwriting, by having the user correct initial misreadings. However, devices are still not yet routinely available that can handle all of the wide variations in cursive handwriting.

In general, keyboard inputs, bar codes, punched cards, magnetic tape, disks, drums, etc., carry information in machine-readable form for the express purpose of being read exclusively by computers. Some printer and typewriter fonts can be machine-read by optical scanners, and are also directly readable by humans, unlike the magnetic coding on tape or disk. Magnetic ink characters, used principally for coding bank-accounting information on checks, are readable by humans (optically) and by machines (magnetically). Such magnetic ink character recognition is often referred to by its abbreviation, MICR.

**Chester L. Meek**

## MACHINE TRANSLATION

For articles on related subjects *see* ARTIFICIAL INTELLIGENCE; GRAMMARS; HUMANITIES APPLICATIONS; KNOWLEDGE REPRESENTATION; and NATURAL LANGUAGE PROCESSING.

### History of Machine Translation

Within a few years of the first appearance of the "electronic calculators," research had begun on using computers as aids for translating natural languages. The major stimulus was a memorandum in July 1949 by Warren Weaver, who after mentioning tentative efforts in the UK (by Booth and Richens) and in the USA (by Huskey and others), put forward possible lines

# Exhibit 1-6.C

OXFORD

# DICTIONARY OF COMPUTING

SIXTH EDITION



A Dictionary of

# Computing

SIXTH EDITION

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York
Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in
Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Market House Books Ltd, 1983, 1986, 1990, 2004, 2008

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1983
Second edition 1986
Third edition 1990
Fourth edition 1996
Fifth edition 2004
Sixth edition 2008

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

Typeset by Market House Books Ltd.
Printed in Great Britain
on acid-free paper by
Clays Ltd, St Ives plc

ISBN 978–0–19–923401–1

10 9 8 7 6 5 4 3 2 1

*numerical linear algebra in order to solve a set of linear equations,

$Ax = b$

where $A$ is a square matrix and $b$ is a column vector. In this method, a lower *triangular matrix $L$ and an upper triangular matrix $U$ are sought such that

$LU = A$

For definiteness, the diagonal elements of $L$ may be taken to be 1. The elements of successive rows of $U$ and $L$ may easily be calculated from the defining equations.

Once $L$ and $U$ have been determined, so that

$LUx = b$,

the equation

$Ly = b$

is solved by **forward substitution**. Thereafter the equation

$Ux = y$

is solved for $x$ by **backward substitution**. $x$ is then the solution to the original problem.

A variant of the method, the method of **LDU decomposition**, seeks lower and upper triangular matrices with unit diagonal and a diagonal matrix $D$, such that

$A = LDU$

If the matrix $A$ is *symmetric and positive definite, there is an advantage in finding a lower triangular matrix $L$ such that

$A = L L^T$

(*see* TRANSPOSE). This method is known as **Cholesky decomposition**; the diagonal elements of $L$ are not, in general, unity.

**luminance** A measure of the light intensity reflected or emitted by a surface in a given direction per unit of apparent area. The unit of measurement is the candela per square meter.

**lurker** *Informal* Someone who uses a chat room, file-sharing web site, etc. but does not submit any material.

**Lycos** *Trademark* Originally an Internet search engine and directory and now a web *portal.

**LZW** *Abbrev. for* Lempel–Ziv–Welch (compaction).

# M

**M** *Symbol for* mega-, as in MHz, Mbyte, Mbps. *See* MEGA-.

**Mac** *Short for* Macintosh. *See* APPLE INC.

**MAC** **1.** A project at Massachusetts Institute of Technology to introduce the first practical *multiaccess system. The name is an acronym derived from machine-aided cognition (expressing the broad project objective) and multiple-access computer (describing its major tool). The system incorporated not only a new approach to operating systems, but also introduced novel forms of highly interactive compilers and of terminals. *See also* MULTICS. **2.** *Abbrev. for* mandatory access control. **3.** *See* MAC LAYER.

**MAC-48** *See* MAC ADDRESS.

**MAC address** *Abbrev. for* Media Access Control address. A unique number assigned to all network interface devices. It is used by many data link layer protocols (*see* SEVEN-LAYER REFERENCE MODEL) to distinguish and target the devices attached to a network. MAC addresses are 48- or 64-bit numbers that are divided into two parts. A unique three-byte **Organizationally Unique Identifier** (or **OUI**) identifies the device's manufacturer and must be purchased from the *IEEE. The remaining three or five bytes are assigned by the manufacturer in any way it chooses, provided all instances are unique. 48-bit MAC addresses (called **EUI-48** or **MAC-48**) are used by most network technologies, including *Ethernet, *token ring, and *Bluetooth; 64-bit MAC addresses (called **EUI-64**) are used by IPv6 (*see* TCP/IP) and *firewire. MAC numbers may be overridden on their own responsibility by network administrators.

**Mach bands** Illusory light and dark bands that are seen at the transitions between uniformly illuminated regions of uniform density. Mach bands arise because the human visual system is good at recognizing edges and thus enhances the intensity change between the regions so that the lighter side appears lighter and the darker side appears darker. This is a particular problem with shading algorithms, such as *Gouraud shading, which cause a change in intensity to appear at the edge of an object between two polygons. *Phong shading reduces Mach banding.

**machine** Usually, a real – or imagined – computer (*see also* VIRTUAL MACHINE, ABSTRACT MACHINE, TURING MACHINE), which may or may not be sequential and deterministic. In formal language theory it may imply a *sequential machine.

**machine address** *Another name for* absolute address, now deprecated.

**machine code** The *operation code of a particular machine, and hence, by association, code specific to a particular machine.

**machine equivalence** The property describing two usually abstract machines that can simulate one another. Machines $M_1$ and $M_2$ are said to be equivalent if $M_1$ can simulate $M_2$ and $M_2$ can simulate $M_1$. Given precise definitions of the machines, precise definitions of simulation can be formulated. *See* MACHINE SIMULATION.

**machine-independent** A term applied to software that is not dependent on the properties of a particular machine, and can therefore be used on any machine. Such software is also described as **portable**.

**machine intelligence** *Another name for* artificial intelligence.

**machine language** Strictly, the written representation of machine code. The term is also used as a synonym for machine code.

**machine learning** A branch of *artificial intelligence concerned with the construction of programs that learn from experience. Learning may take many forms, ranging from learning from examples and learning by analogy to autonomous learning of concepts and learning by discovery.

**Incremental learning** involves continuous improvement as new data arrives while **one-**

shot or **batch learning** distinguishes a training phase from the application phase. **Supervised learning** occurs when the training input has been explicitly labeled with the classes to be learned.

Most learning methods aim to demonstrate generalization whereby the system develops efficient and effective representations that encompass large chunks of closely related data.

**machine simulation** The process whereby one machine $M_1$ can be made to simulate or behave like a second machine $M_2$. There are a number of ways of formalizing simulation for each class of machines. For example, let there be *functions $g$ and $h$ that perform encoding and decoding roles respectively:

$$g: M_1 \to M_2, \quad h: M_2 \to M_1$$

$g$ encodes information for machine $M_1$ and produces corresponding information for machine $M_2$; $h$ is the *inverse function. Machine $M_2$ is said to simulate machine $M_1$ if it is possible to specify a translation algorithm such that, when given a program $P_1$ for $M_1$, it produces a corresponding program $P_2$ for $M_2$; further, the effect of $P_1$ on $M_1$ should be equivalent to the effect of

applying function $g$
then executing $P_2$ on $M_2$
then applying function $h$.

In symbols,

$$P_1 = h\ P_2\ g$$

An equally useful formulation has functions

$$g: M_1 \to M_2, \quad h: M_1 \to M_2$$

and the simulation criterion

$$h\ P_1 = P_2\ g$$

Machine simulation of this kind is generally discussed for idealized abstract machines, such as *Turing machines, and for formal models of microprocessors. It provides a useful approach to defining the correctness of implementations. *See also* MACHINE EQUIVALENCE.

**machine translation** The use of computers in translating from one natural language to another. This was originally a branch of *artificial intelligence research, but commercial translation systems are now used regularly in professional translation bureaus. Fully automatic translation is not achievable but human post-editing can give acceptable results.

**machine word** *See* WORD.

**Macintosh (Mac)** Any of a range of *personal computers from *Apple Computer Inc.

**MAC layer** *Short for* media access control layer. One or more layers in a *protocol stack that deal(s) with the issues of allowing a transmitter, wishing to send information, to gain access to the actual transmission medium. In particular the MAC layer is usually responsible for the resolution of *contention for access to the transmission medium.

**MACLisp** A dialect of *Lisp, now superseded by *Common Lisp.

**macro** *Short for* macroinstruction. An instruction in a programming language that is replaced by a sequence of instructions prior to assembly or compiling. A **macroassembler** is an *assembler that permits the user to define macros, specifying the macroinstruction form, its arguments, and a replacement text (otherwise called the **body** of the macro), and then allows macroinstructions to be interspersed among the assembly code. On encountering a macro the assembler replaces it by the macro body, substituting the parameters provided in the places marked in the macro body. The macro thus provides a mechanism for inserting a particular body of text at various places in a program (and is thus the same thing as an open *subroutine, though this nomenclature is obsolete).

A **macroprocessor** provides similar facilities, though not in combination with an assembler. It accepts macro definitions and then reads arbitrary text in which **macro calls** (i.e. instances of a macro name) can occur. Text is copied to the output until a macro name is encountered: when this happens the arguments (parameters) are found and the macro call is replaced by the macro body in the output stream, with appropriate substitution of the parameters.

**macroassembler** *See* MACRO.

**macrogenerator** *Another name for* macroprocessor. *See* MACRO.

**macroinstruction** *See* MACRO.

**macroprocessor (macrogenerator)** *See* MACRO.

**macro virus** A virus written in the programming language of a word processor, spreadsheet, or similar application. Whereas

# Exhibit 1-6.D

MegaLexica

**Computer Dictionary of Information Technology**

law dictionary
legal abbreviations
legal dictionary
medical dictionary

Tech Glossary

~ A B C D E F
G H I J K L M
N O P Q R S T
U V W X Y Z

## machine learning

The ability of a machine to improve its performance based on previous results.

Neural networks are one kind of machine learning.

[More examples? Net resources? Web page?]

Disclaimer
Terms of Use
Privacy Policy
Contact Us

Want to ask a Tech Expert online now? I can connect you ...



# Exhibit 1-6.E

WIKIPEDIA
The Free Encyclopedia

# Machine learning

(Redirected from Machine learning model)

**Machine learning** (**ML**) is a field of study in artificial intelligence concerned with the development and study of statistical algorithms that can learn from data and generalize to unseen data, and thus perform tasks without explicit instructions.[1] Recently, artificial neural networks have been able to surpass many previous approaches in performance.[2]

ML finds application in many fields, including natural language processing, computer vision, speech recognition, email filtering, agriculture, and medicine.[3][4] When applied to business problems, it is known under the name predictive analytics. Although not all machine learning is statistically based, computational statistics is an important source of the field's methods.

The mathematical foundations of ML are provided by mathematical optimization (mathematical programming) methods. Data mining is a related (parallel) field of study, focusing on exploratory data analysis (EDA) through unsupervised learning.[6][7]

From a theoretical viewpoint, probably approximately correct (PAC) learning provides a framework for describing machine learning.

## History

The term *machine learning* was coined in 1959 by Arthur Samuel, an IBM employee and pioneer in the field of computer gaming and artificial intelligence.[8][9] The synonym *self-teaching computers* was also used in this time period.[10][11]

Although the earliest machine learning model was introduced in the 1950s when Arthur Samuel invented a program that calculated the winning chance in checkers for each side, the history of machine learning roots back to decades of human desire and effort to study human cognitive processes.[12] In 1949, Canadian psychologist Donald Hebb published the book *The Organization of Behavior*, in which he introduced a theoretical neural structure formed by certain interactions among nerve cells.[13] Hebb's model of neurons interacting with one another set a groundwork for how AIs and machine learning algorithms work under nodes, or artificial neurons used by computers to communicate data.[12] Other researchers who have studied human cognitive systems contributed to the modern machine learning technologies as well, including logician Walter Pitts and Warren McCulloch, who proposed the early mathematical models of neural networks to come up with algorithms that mirror human thought processes.[12]

By the early 1960s an experimental "learning machine" with punched tape memory, called Cybertron, had been developed by Raytheon Company to analyze sonar signals, electrocardiograms, and speech patterns using rudimentary reinforcement learning. It was repetitively "trained" by a human operator/teacher to recognize patterns and equipped with a "goof" button to cause it to reevaluate incorrect decisions.[14] A representative book on research into machine learning during the 1960s was Nilsson's book on Learning Machines, dealing mostly with machine learning for pattern

classification.[15] Interest related to pattern recognition continued into the 1970s, as described by Duda and Hart in 1973.[16] In 1981 a report was given on using teaching strategies so that an artificial neural network learns to recognize 40 characters (26 letters, 10 digits, and 4 special symbols) from a computer terminal.[17]

Tom M. Mitchell provided a widely quoted, more formal definition of the algorithms studied in the machine learning field: "A computer program is said to learn from experience *E* with respect to some class of tasks *T* and performance measure *P* if its performance at tasks in *T*, as measured by *P*, improves with experience *E*."[18] This definition of the tasks in which machine learning is concerned offers a fundamentally operational definition rather than defining the field in cognitive terms. This follows Alan Turing's proposal in his paper "Computing Machinery and Intelligence", in which the question "Can machines think?" is replaced with the question "Can machines do what we (as thinking entities) can do?".[19]

Modern-day machine learning has two objectives. One is to classify data based on models which have been developed; the other purpose is to make predictions for future outcomes based on these models. A hypothetical algorithm specific to classifying data may use computer vision of moles coupled with supervised learning in order to train it to classify the cancerous moles. A machine learning algorithm for stock trading may inform the trader of future potential predictions.[20]

# Relationships to other fields

## Artificial intelligence



Machine learning as subfield of AI[21]

As a scientific endeavor, machine learning grew out of the quest for artificial intelligence (AI). In the early days of AI as an academic discipline, some researchers were interested in having machines learn from data. They attempted to approach the problem with various symbolic methods, as well as what were then termed "neural networks"; these were mostly perceptrons and other models that were later found to be reinventions of the generalized linear models of statistics.[22] Probabilistic reasoning was also employed, especially in automated medical diagnosis.[23]:488

However, an increasing emphasis on the logical, knowledge-based approach caused a rift between AI and machine learning. Probabilistic systems were plagued by theoretical and practical problems of data acquisition and representation.[23]:488 By 1980, expert systems had come to dominate AI, and statistics was out of favor.[24] Work on symbolic/knowledge-based learning did continue within AI, leading to inductive logic programming(ILP), but the more statistical line of research was now outside the field of AI proper, in pattern recognition and information retrieval.[23]:708–710,755 Neural networks research had been abandoned by AI and computer science around the same time. This line, too, was continued outside

the AI/CS field, as "connectionism", by researchers from other disciplines including Hopfield, Rumelhart, and Hinton. Their main success came in the mid-1980s with the reinvention of backpropagation.[23]:25

Machine learning (ML), reorganized and recognized as its own field, started to flourish in the 1990s. The field changed its goal from achieving artificial intelligence to tackling solvable problems of a practical nature. It shifted focus away from the symbolic approaches it had inherited from AI, and toward methods and models borrowed from statistics, fuzzy logic, and probability theory.[24]

## Data compression

There is a close connection between machine learning and compression. A system that predicts the posterior probabilities of a sequence given its entire history can be used for optimal data compression (by using arithmetic coding on the output distribution). Conversely, an optimal compressor can be used for prediction (by finding the symbol that compresses best, given the previous history). This equivalence has been used as a justification for using data compression as a benchmark for "general intelligence".[25][26][27]

An alternative view can show compression algorithms implicitly map strings into implicit feature space vectors, and compression-based similarity measures compute similarity within these feature spaces. For each compressor C(.) we define an associated vector space ℵ, such that C(.) maps an input string x, corresponding to the vector norm ||~x||. An exhaustive examination of the feature spaces underlying all compression algorithms is precluded by space; instead, feature vectors chooses to examine three representative lossless compression methods, LZW, LZ77, and PPM.[28]

According to AIXI theory, a connection more directly explained in Hutter Prize, the best possible compression of x is the smallest possible software that generates x. For example, in that model, a zip file's compressed size includes both the zip file and the unzipping software, since you can not unzip it without both, but there may be an even smaller combined form.

Examples of AI-powered audio/video compression software include VP9, NVIDIA Maxine, AIVC, AccMPEG.[29] Examples of software that can perform AI-powered image compression include OpenCV, TensorFlow, MATLAB's Image Processing Toolbox (IPT) and High-Fidelity Generative Image Compression.

In unsupervised machine learning, k-means clustering can be utilized to compress data by grouping similar data points into clusters. This technique simplifies handling extensive datasets that lack predefined labels and finds widespread use in fields such as image compression.[30]

Data compression aims to reduce the size of data files, enhancing storage efficiency and speeding up data transmission. K-means clustering, an unsupervised machine learning algorithm, is employed to partition a dataset into a specified number of clusters, k, each represented by the centroid of its points. This process condenses extensive datasets into a more compact set of representative points. Particularly beneficial in image and signal processing, k-means clustering aids in data reduction by replacing groups of data points with their centroids, thereby preserving the core information of the original data while significantly decreasing the required storage space.[31]

Large language models (LLMs) are also capable of lossless data compression, as demonstrated by DeepMind's research with the Chinchilla 70B model. Developed by DeepMind, Chinchilla 70B effectively compressed data, outperforming conventional methods such as Portable Network Graphics (PNG) for images and Free Lossless Audio Codec (FLAC) for audio. It achieved compression of image and audio data to 43.4% and 16.4% of their original sizes, respectively.[32]

## Data mining

Machine learning and data mining often employ the same methods and overlap significantly, but while machine learning focuses on prediction, based on *known* properties learned from the training data, data mining focuses on the discovery of (previously) *unknown* properties in the data (this is the analysis step of knowledge discovery in databases). Data mining uses many machine learning methods, but with different goals; on the other hand, machine learning also employs data mining methods as "unsupervised learning" or as a preprocessing step to improve learner accuracy. Much of the confusion between these two research communities (which do often have separate conferences and separate journals, ECML PKDD being a major exception) comes from the basic assumptions they work with: in machine learning, performance is usually evaluated with respect to the ability to *reproduce known* knowledge, while in knowledge discovery and data mining (KDD) the key task is the discovery of previously *unknown* knowledge. Evaluated with respect to known knowledge, an uninformed (unsupervised) method will easily be outperformed by other supervised methods, while in a typical KDD task, supervised methods cannot be used due to the unavailability of training data.

Machine learning also has intimate ties to optimization: Many learning problems are formulated as minimization of some loss function on a training set of examples. Loss functions express the discrepancy between the predictions of the model being trained and the actual problem instances (for example, in classification, one wants to assign a label to instances, and models are trained to correctly predict the preassigned labels of a set of examples).[33]

## Generalization

The difference between optimization and machine learning arises from the goal of generalization: While optimization algorithms can minimize the loss on a training set, machine learning is concerned with minimizing the loss on unseen samples. Characterizing the generalization of various learning algorithms is an active topic of current research, especially for deep learning algorithms.

## Statistics

Machine learning and statistics are closely related fields in terms of methods, but distinct in their principal goal: statistics draws population inferences from a sample, while machine learning finds generalizable predictive patterns.[34] According to Michael I. Jordan, the ideas of machine learning, from methodological principles to theoretical tools, have had a long pre-history in statistics.[35] He also suggested the term data science as a placeholder to call the overall field.[35]

Conventional statistical analyses require the a priori selection of a model most suitable for the study data set. In addition, only significant or theoretically relevant variables based on previous experience are included for analysis. In contrast, machine learning is not built on a pre-structured model; rather,

the data shape the model by detecting underlying patterns. The more variables (input) used to train the model, the more accurate the ultimate model will be.[36]

Leo Breiman distinguished two statistical modeling paradigms: data model and algorithmic model,[37] wherein "algorithmic model" means more or less the machine learning algorithms like Random Forest.

Some statisticians have adopted methods from machine learning, leading to a combined field that they call *statistical learning*.[38]

### Statistical physics

Analytical and computational techniques derived from deep-rooted physics of disordered systems can be extended to large-scale problems, including machine learning, e.g., to analyze the weight space of deep neural networks.[39] Statistical physics is thus finding applications in the area of medical diagnostics.[40]

# Theory

A core objective of a learner is to generalize from its experience.[5][41] Generalization in this context is the ability of a learning machine to perform accurately on new, unseen examples/tasks after having experienced a learning data set. The training examples come from some generally unknown probability distribution (considered representative of the space of occurrences) and the learner has to build a general model about this space that enables it to produce sufficiently accurate predictions in new cases.

The computational analysis of machine learning algorithms and their performance is a branch of theoretical computer science known as computational learning theory via the Probably Approximately Correct Learning (PAC) model. Because training sets are finite and the future is uncertain, learning theory usually does not yield guarantees of the performance of algorithms. Instead, probabilistic bounds on the performance are quite common. The bias–variance decomposition is one way to quantify generalization error.

For the best performance in the context of generalization, the complexity of the hypothesis should match the complexity of the function underlying the data. If the hypothesis is less complex than the function, then the model has under fitted the data. If the complexity of the model is increased in response, then the training error decreases. But if the hypothesis is too complex, then the model is subject to overfitting and generalization will be poorer.[42]

In addition to performance bounds, learning theorists study the time complexity and feasibility of learning. In computational learning theory, a computation is considered feasible if it can be done in polynomial time. There are two kinds of time complexity results: Positive results show that a certain class of functions can be learned in polynomial time. Negative results show that certain classes cannot be learned in polynomial time.

# Approaches

Machine learning approaches are traditionally divided into three broad categories, which correspond to learning paradigms, depending on the nature of the "signal" or "feedback" available to the learning system:

- Supervised learning: The computer is presented with example inputs and their desired outputs, given by a "teacher", and the goal is to learn a general rule that maps inputs to outputs.
- Unsupervised learning: No labels are given to the learning algorithm, leaving it on its own to find structure in its input. Unsupervised learning can be a goal in itself (discovering hidden patterns in data) or a means towards an end (feature learning).
- Reinforcement learning: A computer program interacts with a dynamic environment in which it must perform a certain goal (such as driving a vehicle or playing a game against an opponent). As it navigates its problem space, the program is provided feedback that's analogous to rewards, which it tries to maximize.[5]

Although each algorithm has advantages and limitations, no single algorithm works for all problems.[43][44][45]

## Supervised learning



A support-vector machine is a supervised learning model that divides the data into regions separated by a linear boundary. Here, the linear boundary divides the black circles from the white.

Supervised learning algorithms build a mathematical model of a set of data that contains both the inputs and the desired outputs.[46] The data, known as training data, consists of a set of training examples. Each training example has one or more inputs and the desired output, also known as a supervisory signal. In the mathematical model, each training example is represented by an array or vector, sometimes called a feature vector, and the training data is represented by a matrix. Through iterative optimization of an objective function, supervised learning algorithms learn a function that can be used to predict the output associated with new inputs.[47] An optimal function allows the algorithm to correctly determine the output for inputs that were not a part of the training data. An algorithm that improves the accuracy of its outputs or predictions over time is said to have learned to perform that task.[18]

Types of supervised-learning algorithms include active learning, classification and regression.[48] Classification algorithms are used when the outputs are restricted to a limited set of values, and regression algorithms are used when the outputs may have any numerical value within a range. As an example, for a classification algorithm that filters emails, the input would be an incoming email, and the output would be the name of the folder in which to file the email.

Similarity learning is an area of supervised machine learning closely related to regression and classification, but the goal is to learn from examples using a similarity function that measures how similar or related two objects are. It has applications in ranking, recommendation systems, visual identity tracking, face verification, and speaker verification.

## Unsupervised learning

Unsupervised learning algorithms find structures in data that has not been labeled, classified or categorized. Instead of responding to feedback, unsupervised learning algorithms identify commonalities in the data and react based on the presence or absence of such commonalities in each new piece of data. Central applications of unsupervised machine learning include clustering, dimensionality reduction,[7] and density estimation.[49] Unsupervised learning algorithms also streamlined the process of identifying large indel based haplotypes of a gene of interest from pan-genome.[50]




Clustering via Large Indel Permuted Slopes, CLIPS,[51] turns the alignment image into a learning regression problem. The varied slope (*b*) estimates between each pair of DNA segments enables to identify segments sharing the same set of indels.

Cluster analysis is the assignment of a set of observations into subsets (called *clusters*) so that observations within the same cluster are similar according to one or more predesignated criteria, while observations drawn from different clusters are dissimilar. Different clustering techniques make different assumptions on the structure of the data, often defined by some *similarity metric* and evaluated, for example, by *internal compactness*, or the similarity between members of the same cluster, and *separation*, the difference between clusters. Other methods are based on *estimated density* and *graph connectivity*.

## Semi-supervised learning

Semi-supervised learning falls between unsupervised learning (without any labeled training data) and supervised learning (with completely labeled training data). Some of the training examples are missing training labels, yet many machine-learning researchers have found that unlabeled data, when used in conjunction with a small amount of labeled data, can produce a considerable improvement in learning accuracy.

In weakly supervised learning, the training labels are noisy, limited, or imprecise; however, these labels are often cheaper to obtain, resulting in larger effective training sets.[52]

## Reinforcement learning

Reinforcement learning is an area of machine learning concerned with how software agents ought to take actions in an environment so as to maximize some notion of cumulative reward. Due to its generality, the field is studied in many other disciplines, such as game theory, control theory, operations research, information theory, simulation-based optimization, multi-agent systems, swarm intelligence, statistics and genetic algorithms. In reinforcement learning, the environment is typically represented as a Markov decision process (MDP). Many reinforcements learning algorithms use dynamic programming techniques.[53] Reinforcement learning algorithms do not assume knowledge of an exact mathematical model of the MDP and are used when exact models are infeasible. Reinforcement learning algorithms are used in autonomous vehicles or in learning to play a game against a human opponent.

## Dimensionality reduction

Dimensionality reduction is a process of reducing the number of random variables under consideration by obtaining a set of principal variables.[54] In other words, it is a process of reducing the dimension of the feature set, also called the "number of features". Most of the dimensionality reduction techniques can be considered as either feature elimination or extraction. One of the popular methods of dimensionality reduction is principal component analysis (PCA). PCA involves changing higher-dimensional data (e.g., 3D) to a smaller space (e.g., 2D). This results in a smaller dimension of data (2D instead of 3D), while keeping all original variables in the model without changing the data. The manifold hypothesis proposes that high-dimensional data sets lie along low-dimensional manifolds, and many dimensionality reduction techniques make this assumption, leading to the area of manifold learning and manifold regularization.

## Other types

Other approaches have been developed which do not fit neatly into this three-fold categorization, and sometimes more than one is used by the same machine learning system. For example, topic modeling, meta-learning.[55]

### Self-learning

Self-learning, as a machine learning paradigm was introduced in 1982 along with a neural network capable of self-learning, named *crossbar adaptive array* (CAA).[56] It is learning with no external rewards and no external teacher advice. The CAA self-learning algorithm computes, in a crossbar fashion, both decisions about actions and emotions (feelings) about consequence situations. The system is driven by the interaction between cognition and emotion.[57] The self-learning algorithm updates a memory matrix W =||w(a,s)|| such that in each iteration executes the following machine learning routine:

1. in situation *s* perform action *a*
2. receive a consequence situation *s'*
3. compute emotion of being in the consequence situation *v(s')*
4. update crossbar memory *w'(a,s) = w(a,s) + v(s')*

It is a system with only one input, situation, and only one output, action (or behavior) a. There is neither a separate reinforcement input nor an advice input from the environment. The backpropagated value (secondary reinforcement) is the emotion toward the consequence situation. The CAA exists in two environments, one is the behavioral environment where it behaves, and the other is the genetic environment, wherefrom it initially and only once receives initial emotions about situations to be encountered in the behavioral environment. After receiving the genome (species) vector from the genetic environment, the CAA learns a goal-seeking behavior, in an environment that contains both desirable and undesirable situations.[58]

### Feature learning

Several learning algorithms aim at discovering better representations of the inputs provided during training.[59] Classic examples include principal component analysis and cluster analysis. Feature learning algorithms, also called representation learning algorithms, often attempt to preserve the information in their input but also transform it in a way that makes it useful, often as a pre-processing step before performing classification or predictions. This technique allows reconstruction of the inputs coming from the unknown data-generating distribution, while not being necessarily faithful to configurations that are implausible under that distribution. This replaces manual feature engineering, and allows a machine to both learn the features and use them to perform a specific task.

Feature learning can be either supervised or unsupervised. In supervised feature learning, features are learned using labeled input data. Examples include artificial neural networks, multilayer perceptrons, and supervised dictionary learning. In unsupervised feature learning, features are learned with unlabeled input data. Examples include dictionary learning, independent component analysis, autoencoders, matrix factorization[60] and various forms of clustering.[61][62][63]

Manifold learning algorithms attempt to do so under the constraint that the learned representation is low-dimensional. Sparse coding algorithms attempt to do so under the constraint that the learned representation is sparse, meaning that the mathematical model has many zeros. Multilinear subspace learning algorithms aim to learn low-dimensional representations directly from tensor representations for multidimensional data, without reshaping them into higher-dimensional vectors.[64] Deep learning algorithms discover multiple levels of representation, or a hierarchy of features, with higher-level, more abstract features defined in terms of (or generating) lower-level features. It has been argued that an intelligent machine is one that learns a representation that disentangles the underlying factors of variation that explain the observed data.[65]

Feature learning is motivated by the fact that machine learning tasks such as classification often require input that is mathematically and computationally convenient to process. However, real-world data such as images, video, and sensory data has not yielded attempts to algorithmically define specific features. An alternative is to discover such features or representations through examination, without relying on explicit algorithms.

### Sparse dictionary learning

Sparse dictionary learning is a feature learning method where a training example is represented as a linear combination of basis functions and assumed to be a sparse matrix. The method is strongly NP-hard and difficult to solve approximately.[66] A popular heuristic method for sparse dictionary

learning is the *k*-SVD algorithm. Sparse dictionary learning has been applied in several contexts. In classification, the problem is to determine the class to which a previously unseen training example belongs. For a dictionary where each class has already been built, a new training example is associated with the class that is best sparsely represented by the corresponding dictionary. Sparse dictionary learning has also been applied in image de-noising. The key idea is that a clean image patch can be sparsely represented by an image dictionary, but the noise cannot.[67]

### Anomaly detection

In data mining, anomaly detection, also known as outlier detection, is the identification of rare items, events or observations which raise suspicions by differing significantly from the majority of the data.[68] Typically, the anomalous items represent an issue such as bank fraud, a structural defect, medical problems or errors in a text. Anomalies are referred to as outliers, novelties, noise, deviations and exceptions.[69]

In particular, in the context of abuse and network intrusion detection, the interesting objects are often not rare objects, but unexpected bursts of inactivity. This pattern does not adhere to the common statistical definition of an outlier as a rare object. Many outlier detection methods (in particular, unsupervised algorithms) will fail on such data unless aggregated appropriately. Instead, a cluster analysis algorithm may be able to detect the micro-clusters formed by these patterns.[70]

Three broad categories of anomaly detection techniques exist.[71] Unsupervised anomaly detection techniques detect anomalies in an unlabeled test data set under the assumption that the majority of the instances in the data set are normal, by looking for instances that seem to fit the least to the remainder of the data set. Supervised anomaly detection techniques require a data set that has been labeled as "normal" and "abnormal" and involves training a classifier (the key difference from many other statistical classification problems is the inherently unbalanced nature of outlier detection). Semi-supervised anomaly detection techniques construct a model representing normal behavior from a given normal training data set and then test the likelihood of a test instance to be generated by the model.

### Robot learning

Robot learning is inspired by a multitude of machine learning methods, starting from supervised learning, reinforcement learning,[72][73] and finally meta-learning (e.g. MAML).

### Association rules

Association rule learning is a rule-based machine learning method for discovering relationships between variables in large databases. It is intended to identify strong rules discovered in databases using some measure of "interestingness".[74]

Rule-based machine learning is a general term for any machine learning method that identifies, learns, or evolves "rules" to store, manipulate or apply knowledge. The defining characteristic of a rule-based machine learning algorithm is the identification and utilization of a set of relational rules that collectively represent the knowledge captured by the system. This is in contrast to other machine

learning algorithms that commonly identify a singular model that can be universally applied to any instance in order to make a prediction.[75] Rule-based machine learning approaches include learning classifier systems, association rule learning, and artificial immune systems.

Based on the concept of strong rules, Rakesh Agrawal, Tomasz Imieliński and Arun Swami introduced association rules for discovering regularities between products in large-scale transaction data recorded by point-of-sale (POS) systems in supermarkets.[76] For example, the rule $\{\mathrm{onions, potatoes}\} \Rightarrow \{\mathrm{burger}\}$ found in the sales data of a supermarket would indicate that if a customer buys onions and potatoes together, they are likely to also buy hamburger meat. Such information can be used as the basis for decisions about marketing activities such as promotional pricing or product placements. In addition to market basket analysis, association rules are employed today in application areas including Web usage mining, intrusion detection, continuous production, and bioinformatics. In contrast with sequence mining, association rule learning typically does not consider the order of items either within a transaction or across transactions.

Learning classifier systems (LCS) are a family of rule-based machine learning algorithms that combine a discovery component, typically a genetic algorithm, with a learning component, performing either supervised learning, reinforcement learning, or unsupervised learning. They seek to identify a set of context-dependent rules that collectively store and apply knowledge in a piecewise manner in order to make predictions.[77]

Inductive logic programming (ILP) is an approach to rule learning using logic programming as a uniform representation for input examples, background knowledge, and hypotheses. Given an encoding of the known background knowledge and a set of examples represented as a logical database of facts, an ILP system will derive a hypothesized logic program that entails all positive and no negative examples. Inductive programming is a related field that considers any kind of programming language for representing hypotheses (and not only logic programming), such as functional programs.

Inductive logic programming is particularly useful in bioinformatics and natural language processing. Gordon Plotkin and Ehud Shapiro laid the initial theoretical foundation for inductive machine learning in a logical setting.[78][79][80] Shapiro built their first implementation (Model Inference System) in 1981: a Prolog program that inductively inferred logic programs from positive and negative examples.[81] The term *inductive* here refers to philosophical induction, suggesting a theory to explain observed facts, rather than mathematical induction, proving a property for all members of a well-ordered set.

# Models

A **machine learning model** is a type of mathematical model that, after being "trained" on a given dataset, can be used to make predictions or classifications on new data. During training, a learning algorithm iteratively adjusts the model's internal parameters to minimize errors in its predictions.[82] By extension, the term "model" can refer to several levels of specificity, from a general class of models and their associated learning algorithms to a fully trained model with all its internal parameters tuned.[83]

Various types of models have been used and researched for machine learning systems, picking the best model for a task is called model selection.

## Artificial neural networks




An artificial neural network is an interconnected group of nodes, akin to the vast network of neurons in a brain. Here, each circular node represents an artificial neuron and an arrow represents a connection from the output of one artificial neuron to the input of another.

Artificial neural networks (ANNs), or connectionist systems, are computing systems vaguely inspired by the biological neural networks that constitute animal brains. Such systems "learn" to perform tasks by considering examples, generally without being programmed with any task-specific rules.

An ANN is a model based on a collection of connected units or nodes called "artificial neurons", which loosely model the neurons in a biological brain. Each connection, like the synapses in a biological brain, can transmit information, a "signal", from one artificial neuron to another. An artificial neuron that receives a signal can process it and then signal additional artificial neurons connected to it. In common ANN implementations, the signal at a connection between artificial neurons is a real number, and the output of each artificial neuron is computed by some non-linear function of the sum of its inputs. The connections between artificial neurons are called "edges". Artificial neurons and edges typically have a weight that adjusts as learning proceeds. The weight increases or decreases the strength of the signal at a connection. Artificial neurons may have a threshold such that the signal is only sent if the aggregate signal crosses that threshold. Typically, artificial neurons are aggregated into layers. Different layers may perform different kinds of transformations on their inputs. Signals travel from the first layer (the input layer) to the last layer (the output layer), possibly after traversing the layers multiple times.

The original goal of the ANN approach was to solve problems in the same way that a human brain would. However, over time, attention moved to performing specific tasks, leading to deviations from biology. Artificial neural networks have been used on a variety of tasks, including computer vision, speech recognition, machine translation, social network filtering, playing board and video games and medical diagnosis.

Deep learning consists of multiple hidden layers in an artificial neural network. This approach tries to model the way the human brain processes light and sound into vision and hearing. Some successful applications of deep learning are computer vision and speech recognition.[84]

## Decision trees

Decision tree learning uses a decision tree as a predictive model to go from observations about an item (represented in the branches) to conclusions about the item's target value (represented in the leaves). It is one of the predictive modeling approaches used in statistics, data mining, and machine learning. Tree models where the target variable can take a discrete set of values are called classification trees; in these tree structures, leaves represent class labels, and branches represent conjunctions of features that lead to those class labels. Decision trees where the target variable can take continuous values (typically real numbers) are called regression trees. In decision analysis, a decision tree can be used to visually and explicitly represent decisions and decision making. In data mining, a decision tree describes data, but the resulting classification tree can be an input for decision-making.




A decision tree showing survival probability of passengers on the Titanic

## Support-vector machines

Support-vector machines (SVMs), also known as support-vector networks, are a set of related supervised learning methods used for classification and regression. Given a set of training examples, each marked as belonging to one of two categories, an SVM training algorithm builds a model that predicts whether a new example falls into one category.[85] An SVM training algorithm is a non-probabilistic, binary, linear classifier, although methods such as Platt scaling exist to use SVM in a probabilistic classification setting. In addition to performing linear classification, SVMs can efficiently perform a non-linear classification using what is called the kernel trick, implicitly mapping their inputs into high-dimensional feature spaces.

## Regression analysis

Regression analysis encompasses a large variety of statistical methods to estimate the relationship between input variables and their associated features. Its most common form is linear regression, where a single line is drawn to best fit the given data according to a mathematical criterion such as ordinary least squares. The latter is often extended by regularization methods to mitigate overfitting and bias, as in ridge regression. When dealing with non-linear problems, go-to models include polynomial regression (for example, used for trendline fitting in Microsoft Excel[86]), logistic regression (often used in statistical classification) or even kernel regression, which introduces non-linearity by taking advantage of the kernel trick to implicitly map input variables to higher-dimensional space.




Illustration of linear regression on a data set

## Bayesian networks

A Bayesian network, belief network, or directed acyclic graphical model is a probabilistic graphical model that represents a set of random variables and their conditional independence with a directed acyclic graph (DAG). For example, a Bayesian network could represent the probabilistic relationships between diseases and symptoms. Given symptoms, the network can be used to compute the probabilities of the presence of various diseases. Efficient algorithms exist that perform inference and learning. Bayesian networks that model sequences of variables, like speech signals or protein sequences, are called dynamic Bayesian networks. Generalizations of Bayesian networks that can represent and solve decision problems under uncertainty are called influence diagrams.



A simple Bayesian network. Rain influences whether the sprinkler is activated, and both rain and the sprinkler influence whether the grass is wet.

## Gaussian processes

A Gaussian process is a stochastic process in which every finite collection of the random variables in the process has a multivariate normal distribution, and it relies on a pre-defined covariance function, or kernel, that models how pairs of points relate to each other depending on their locations.


An example of Gaussian Process Regression (prediction) compared with other regression models[87]

Given a set of observed points, or input–output examples, the distribution of the (unobserved) output of a new point as function of its input data can be directly computed by looking like the observed points and the covariances between those points and the new, unobserved point.

Gaussian processes are popular surrogate models in Bayesian optimization used to do hyperparameter optimization.

## Genetic algorithms

A genetic algorithm (GA) is a search algorithm and heuristic technique that mimics the process of natural selection, using methods such as mutation and crossover to generate new genotypes in the hope of finding good solutions to a given problem. In machine learning, genetic algorithms were used in the 1980s and 1990s.[88][89] Conversely, machine learning techniques have been used to improve the performance of genetic and evolutionary algorithms.[90]

## Belief functions

The theory of belief functions, also referred to as evidence theory or Dempster–Shafer theory, is a general framework for reasoning with uncertainty, with understood connections to other frameworks such as probability, possibility and imprecise probability theories. These theoretical frameworks can be thought of as a kind of learner and have some analogous properties of how evidence is combined (e.g., Dempster's rule of combination), just like how in a pmf-based Bayesian approach would

combine probabilities. However, there are many caveats to these beliefs functions when compared to Bayesian approaches in order to incorporate ignorance and uncertainty quantification. These belief function approaches that are implemented within the machine learning domain typically leverage a fusion approach of various ensemble methods to better handle the learner's decision boundary, low samples, and ambiguous class issues that standard machine learning approach tend to have difficulty resolving.[4][9] However, the computational complexity of these algorithms are dependent on the number of propositions (classes), and can lead to a much higher computation time when compared to other machine learning approaches.

## Training models

Typically, machine learning models require a high quantity of reliable data to perform accurate predictions. When training a machine learning model, machine learning engineers need to target and collect a large and representative sample of data. Data from the training set can be as varied as a corpus of text, a collection of images, sensor data, and data collected from individual users of a service. Overfitting is something to watch out for when training a machine learning model. Trained models derived from biased or non-evaluated data can result in skewed or undesired predictions. Biased models may result in detrimental outcomes, thereby furthering the negative impacts on society or objectives. Algorithmic bias is a potential result of data not being fully prepared for training. Machine learning ethics is becoming a field of study and notably, becoming integrated within machine learning engineering teams.

### Federated learning

Federated learning is an adapted form of distributed artificial intelligence to training machine learning models that decentralizes the training process, allowing for users' privacy to be maintained by not needing to send their data to a centralized server. This also increases efficiency by decentralizing the training process to many devices. For example, Gboard uses federated machine learning to train search query prediction models on users' mobile phones without having to send individual searches back to Google.[91]

# Applications

There are many applications for machine learning, including:

- Agriculture
- Anatomy
- Adaptive website
- Affective computing
- Astronomy
- Automated decision-making
- Banking
- Behaviorism
- Bioinformatics
- Brain–machine interfaces
- Cheminformatics
- Citizen Science
- Climate Science
- Computer networks
- Computer vision
- Credit-card fraud detection
- Data quality
- DNA sequence classification
- Economics
- Financial market analysis[92]
- General game playing
- Handwriting recognition

- Healthcare
- Information retrieval
- Insurance
- Internet fraud detection
- Knowledge graph embedding
- Linguistics
- Machine learning control
- Machine perception
- Machine translation
- Marketing
- Medical diagnosis
- Natural language processing
- Natural language understanding
- Online advertising
- Optimization
- Recommender systems
- Robot locomotion
- Search engines
- Sentiment analysis
- Sequence mining
- Software engineering
- Speech recognition
- Structural health monitoring
- Syntactic pattern recognition
- Telecommunication
- Theorem proving
- Time-series forecasting
- Tomographic reconstruction[93]
- User behavior analytics

In 2006, the media-services provider Netflix held the first "Netflix Prize" competition to find a program to better predict user preferences and improve the accuracy of its existing Cinematch movie recommendation algorithm by at least 10%. A joint team made up of researchers from AT&T Labs-Research in collaboration with the teams Big Chaos and Pragmatic Theory built an ensemble model to win the Grand Prize in 2009 for $1 million.[94] Shortly after the prize was awarded, Netflix realized that viewers' ratings were not the best indicators of their viewing patterns ("everything is a recommendation") and they changed their recommendation engine accordingly.[95] In 2010 The Wall Street Journal wrote about the firm Rebellion Research and their use of machine learning to predict the financial crisis.[96] In 2012, co-founder of Sun Microsystems, Vinod Khosla, predicted that 80% of medical doctors jobs would be lost in the next two decades to automated machine learning medical diagnostic software.[97] In 2014, it was reported that a machine learning algorithm had been applied in the field of art history to study fine art paintings and that it may have revealed previously unrecognized influences among artists.[98] In 2019 Springer Nature published the first research book created using machine learning.[99] In 2020, machine learning technology was used to help make diagnoses and aid researchers in developing a cure for COVID-19.[100] Machine learning was recently applied to predict the pro-environmental behavior of travelers.[101] Recently, machine learning technology was also applied to optimize smartphone's performance and thermal behavior based on the user's interaction with the phone.[102][103][104] When applied correctly, machine learning algorithms (MLAs) can utilize a wide range of company characteristics to predict stock returns without overfitting. By employing effective feature engineering and combining forecasts, MLAs can generate results that far surpass those obtained from basic linear techniques like OLS.[105]

Recent advancements in machine learning have extended into the field of quantum chemistry, where novel algorithms now enable the prediction of solvent effects on chemical reactions, thereby offering new tools for chemists to tailor experimental conditions for optimal outcomes.[106]

Machine Learning is becoming a useful tool to investigate and predict evacuation decision making in large scale and small scale disasters. Different solutions have been tested to predict if and when householders decide to evacuate during wildfires and hurricanes.[107][108][109] Other applications have been focusing on pre evacuation decisions in building fires.[110][111]

# Limitations

Although machine learning has been transformative in some fields, machine-learning programs often fail to deliver expected results.[112][113][114] Reasons for this are numerous: lack of (suitable) data, lack of access to the data, data bias, privacy problems, badly chosen tasks and algorithms, wrong tools and people, lack of resources, and evaluation problems.[115]

The "black box theory" poses another yet significant challenge. Black box refers to a situation where the algorithm or the process of producing an output is entirely opaque, meaning that even the coders of the algorithm cannot audit the pattern that the machine extracted out of the data.[116] The House of Lords Select Committee, which claimed that such an “intelligence system” that could have a “substantial impact on an individual’s life” would not be considered acceptable unless it provided “a full and satisfactory explanation for the decisions” it makes.[116]

In 2018, a self-driving car from Uber failed to detect a pedestrian, who was killed after a collision.[117] Attempts to use machine learning in healthcare with the IBM Watson system failed to deliver even after years of time and billions of dollars invested.[118][119] Microsoft's Bing Chat chatbot has been reported to produce hostile and offensive response against its users.[120]

Machine learning has been used as a strategy to update the evidence related to a systematic review and increased reviewer burden related to the growth of biomedical literature. While it has improved with training sets, it has not yet developed sufficiently to reduce the workload burden without limiting the necessary sensitivity for the findings research themselves.[121]

## Bias

Different machine learning approaches can suffer from different data biases. A machine learning system trained specifically on current customers may not be able to predict the needs of new customer groups that are not represented in the training data. When trained on human-made data, machine learning is likely to pick up the constitutional and unconscious biases already present in society.[122]

Language models learned from data have been shown to contain human-like biases.[123][124] In an experiment carried out by ProPublica, an investigative journalism organization, a machine learning algorithm's insight into the recidivism rates among prisoners falsely flagged "black defendants high risk twice as often as white defendants."[125] In 2015, Google Photos would often tag black people as gorillas,[125] and in 2018, this still was not well resolved, but Google reportedly was still using the workaround to remove all gorillas from the training data and thus was not able to recognize real gorillas at all.[126] Similar issues with recognizing non-white people have been found in many other systems.[127] In 2016, Microsoft tested Tay, a chatbot that learned from Twitter, and it quickly picked up racist and sexist language.[128]

Because of such challenges, the effective use of machine learning may take longer to be adopted in other domains.[129] Concern for fairness in machine learning, that is, reducing bias in machine learning and propelling its use for human good, is increasingly expressed by artificial intelligence scientists, including Fei-Fei Li, who reminds engineers that "[t]here's nothing artificial about AI. It's inspired by people, it's created by people, and—most importantly—it impacts people. It is a powerful tool we are only just beginning to understand, and that is a profound responsibility."[130]

## Explainability

Explainable AI (XAI), or Interpretable AI, or Explainable Machine Learning (XML), is artificial intelligence (AI) in which humans can understand the decisions or predictions made by the AI.[131] It contrasts with the "black box" concept in machine learning where even its designers cannot explain why an AI arrived at a specific decision.[132] By refining the mental models of users of AI-powered systems and dismantling their misconceptions, XAI promises to help users perform more effectively. XAI may be an implementation of the social right to explanation.

## Overfitting

Settling on a bad, overly complex theory gerrymandered to fit all the past training data is known as overfitting. Many systems attempt to reduce overfitting by rewarding a theory in accordance with how well it fits the data but penalizing the theory in accordance with how complex the theory is.[133]



The blue line could be an example of overfitting a linear function due to random noise.

## Other limitations and vulnerabilities

Learners can also disappoint by "learning the wrong lesson". A toy example is that an image classifier trained only on pictures of brown horses and black cats might conclude that all brown patches are likely to be horses.[134] A real-world example is that, unlike humans, current image classifiers often do not primarily make judgments from the spatial relationship between components of the picture, and they learn relationships between pixels that humans are oblivious to, but that still correlate with images of certain types of real objects. Modifying these patterns on a legitimate image can result in "adversarial" images that the system misclassifies.[135][136]

Adversarial vulnerabilities can also result in nonlinear systems, or from non-pattern perturbations. For some systems, it is possible to change the output by only changing a single adversarially chosen pixel.[137] Machine learning models are often vulnerable to manipulation and/or evasion via adversarial machine learning.[138]

Researchers have demonstrated how backdoors can be placed undetectably into classifying (e.g., for categories "spam" and well-visible "not spam" of posts) machine learning models that are often developed and/or trained by third parties. Parties can change the classification of any input, including in cases for which a type of data/software transparency is provided, possibly including white-box access.[139][140][141]

## Model assessments

Classification of machine learning models can be validated by accuracy estimation techniques like the holdout method, which splits the data in a training and test set (conventionally 2/3 training set and 1/3 test set designation) and evaluates the performance of the training model on the test set. In comparison, the K-fold-cross-validation method randomly partitions the data into K subsets and then K experiments are performed each respectively considering 1 subset for evaluation and the remaining K-1 subsets for training the model. In addition to the holdout and cross-validation methods, bootstrap, which samples n instances with replacement from the dataset, can be used to assess model accuracy.[142]

In addition to overall accuracy, investigators frequently report sensitivity and specificity meaning True Positive Rate (TPR) and True Negative Rate (TNR) respectively. Similarly, investigators sometimes report the false positive rate (FPR) as well as the false negative rate (FNR). However, these rates are ratios that fail to reveal their numerators and denominators. The total operating characteristic (TOC) is an effective method to express a model's diagnostic ability. TOC shows the numerators and denominators of the previously mentioned rates, thus TOC provides more information than the commonly used receiver operating characteristic (ROC) and ROC's associated area under the curve (AUC).[143]

## Ethics

Machine learning poses a host of ethical questions. Systems that are trained on datasets collected with biases may exhibit these biases upon use (algorithmic bias), thus digitizing cultural prejudices.[144] For example, in 1988, the UK's Commission for Racial Equality found that St. George's Medical School had been using a computer program trained from data of previous admissions staff and that this program had denied nearly 60 candidates who were found to either be women or have non-European sounding names.[122] Using job hiring data from a firm with racist hiring policies may lead to a machine learning system duplicating the bias by scoring job applicants by similarity to previous successful applicants.[145][146] Another example includes predictive policing company Geolitica's predictive algorithm that resulted in “disproportionately high levels of over-policing in low-income and minority communities” after being trained with historical crime data.[125]

While responsible collection of data and documentation of algorithmic rules used by a system is considered a critical part of machine learning, some researchers blame lack of participation and representation of minority population in the field of AI for machine learning's vulnerability to biases.[147] In fact, according to research carried out by the Computing Research Association (CRA) in 2021, “female faculty merely make up 16.1%” of all faculty members who focus on AI among several

universities around the world.[148] Furthermore, among the group of "new U.S. resident AI PhD graduates," 45% identified as white, 22.4% as Asian, 3.2% as Hispanic, and 2.4% as African American, which further demonstrates a lack of diversity in the field of AI.[148]

AI can be well-equipped to make decisions in technical fields, which rely heavily on data and historical information. These decisions rely on objectivity and logical reasoning.[149] Because human languages contain biases, machines trained on language *corpora* will necessarily also learn these biases.[150][151]

Other forms of ethical challenges, not related to personal biases, are seen in health care. There are concerns among health care professionals that these systems might not be designed in the public's interest but as income-generating machines.[152] This is especially true in the United States where there is a long-standing ethical dilemma of improving health care, but also increasing profits. For example, the algorithms could be designed to provide patients with unnecessary tests or medication in which the algorithm's proprietary owners hold stakes. There is potential for machine learning in health care to provide professionals an additional tool to diagnose, medicate, and plan recovery paths for patients, but this requires these biases to be mitigated.[153]

# Hardware

Since the 2010s, advances in both machine learning algorithms and computer hardware have led to more efficient methods for training deep neural networks (a particular narrow subdomain of machine learning) that contain many layers of nonlinear hidden units.[154] By 2019, graphic processing units (GPUs), often with AI-specific enhancements, had displaced CPUs as the dominant method of training large-scale commercial cloud AI.[155] OpenAI estimated the hardware computing used in the largest deep learning projects from AlexNet (2012) to AlphaZero (2017), and found a 300,000-fold increase in the amount of compute required, with a doubling-time trendline of 3.4 months.[156][157]

## Neuromorphic/Physical Neural Networks

A physical neural network or Neuromorphic computer is a type of artificial neural network in which an electrically adjustable material is used to emulate the function of a neural synapse. "Physical" neural network is used to emphasize the reliance on physical hardware used to emulate neurons as opposed to software-based approaches. More generally the term is applicable to other artificial neural networks in which a memristor or other electrically adjustable resistance material is used to emulate a neural synapse.[158][159]

## Embedded Machine Learning

**Embedded Machine Learning** is a sub-field of machine learning, where the machine learning model is run on embedded systems with limited computing resources such as wearable computers, edge devices and microcontrollers.[160][161][162] Running machine learning model in embedded devices removes the need for transferring and storing data on cloud servers for further processing, henceforth, reducing data breaches and privacy leaks happening because of transferring data, and also minimizes theft of intellectual properties, personal data and business secrets. Embedded Machine Learning could be applied through several techniques including hardware acceleration,[163][164] using approximate computing,[165] optimization of machine learning models and many more.[166][167]

Pruning, Quantization, Knowledge Distillation, Low-Rank Factorization, Network Architecture Search (NAS) & Parameter Sharing are few of the techniques used for optimization of machine learning models.

# Software

Software suites containing a variety of machine learning algorithms include the following:

## Free and open-source software

- Caffe
- Deeplearning4j
- DeepSpeed
- ELKI
- Google JAX
- Infer.NET
- Keras
- Kubeflow
- LightGBM
- Mahout
- Mallet
- Microsoft Cognitive Toolkit
- ML.NET
- mlpack
- MXNet
- OpenNN
- Orange
- pandas (software)
- ROOT (TMVA with ROOT)
- scikit-learn
- Shogun
- Spark MLlib
- SystemML
- TensorFlow
- Torch / PyTorch
- Weka / MOA
- XGBoost
- Yooreeka

## Proprietary software with free and open-source editions

- KNIME

- RapidMiner

### Proprietary software

- Amazon Machine Learning
- Angoss KnowledgeSTUDIO
- Azure Machine Learning
- IBM Watson Studio
- Google Cloud Vertex AI
- Google Prediction API
- IBM SPSS Modeler
- KXEN Modeler
- LIONsolver
- Mathematica
- MATLAB
- Neural Designer
- NeuroSolutions
- Oracle Data Mining
- Oracle AI Platform Cloud Service
- PolyAnalyst
- RCASE
- SAS Enterprise Miner
- SequenceL
- Splunk
- STATISTICA Data Miner

## Journals

- Journal of Machine Learning Research
- Machine Learning
- Nature Machine Intelligence
- Neural Computation
- IEEE Transactions on Pattern Analysis and Machine Intelligence

## Conferences

- AAAI Conference on Artificial Intelligence
- Association for Computational Linguistics (**ACL**)
- European Conference on Machine Learning and Principles and Practice of Knowledge Discovery in Databases (**ECML PKDD**)
- International Conference on Computational Intelligence Methods for Bioinformatics and Biostatistics (**CIBB**)
- International Conference on Machine Learning (**ICML**)
- International Conference on Learning Representations (**ICLR**)
- International Conference on Intelligent Robots and Systems (**IROS**)
- Conference on Knowledge Discovery and Data Mining (**KDD**)
- Conference on Neural Information Processing Systems (**NeurIPS**)

## See also

- Automated machine learning – Process of automating the application of machine learning
- Big data – Extremely large or complex datasets
- Differentiable programming – Programming paradigm
- Force control
- List of important publications in machine learning

- List of datasets for machine-learning research

# References


1. The definition "without being explicitly programmed" is often attributed to Arthur Samuel, who coined the term "machine learning" in 1959, but the phrase is not found verbatim in this publication, and may be a paraphrase that appeared later. Confer "Paraphrasing Arthur Samuel (1959), the question is: How can computers learn to solve problems without being explicitly programmed?" in Koza, John R.; Bennett, Forrest H.; Andre, David; Keane, Martin A. (1996). "Automated Design of Both the Topology and Sizing of Analog Electrical Circuits Using Genetic Programming". *Artificial Intelligence in Design '96*. Artificial Intelligence in Design '96. Springer, Dordrecht. pp. 151–170. doi:10.1007/978-94-009-0279-4_9 (https://doi.org/10.1007%2F978-94-009-0279-4_9). ISBN 978-94-010-6610-5.
2. "What is Machine Learning?" (https://www.ibm.com/topics/machine-learning). *IBM*. Archived (https://web.archive.org/web/20231227153910/https://www.ibm.com/topics/machine-learning) from the original on 2023-12-27. Retrieved 2023-06-27.
3. Hu, Junyan; Niu, Hanlin; Carrasco, Joaquin; Lennox, Barry; Arvin, Farshad (2020). "Voronoi-Based Multi-Robot Autonomous Exploration in Unknown Environments via Deep Reinforcement Learning" (https://doi.org/10.1109%2Ftvt.2020.3034800). *IEEE Transactions on Vehicular Technology*. **69** (12): 14413–14423. doi:10.1109/tvt.2020.3034800 (https://doi.org/10.1109%2Ftvt.2020.3034800). ISSN 0018-9545 (https://www.worldcat.org/issn/0018-9545). S2CID 228989788 (https://api.semanticscholar.org/CorpusID:228989788).
4. Yoosefzadeh-Najafabadi, Mohsen; Hugh, Earl; Tulpan, Dan; Sulik, John; Eskandari, Milad (2021). "Application of Machine Learning Algorithms in Plant Breeding: Predicting Yield From Hyperspectral Reflectance in Soybean?" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7835636). *Front. Plant Sci*. **11**: 624273. doi:10.3389/fpls.2020.624273 (https://doi.org/10.3389%2Ffpls.2020.624273). PMC 7835636 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7835636). PMID 33510761 (https://pubmed.ncbi.nlm.nih.gov/33510761).
5. Bishop, C. M. (2006), *Pattern Recognition and Machine Learning*, Springer, ISBN 978-0-387-31073-2
6. Machine learning and pattern recognition "can be viewed as two facets of the same field".[5]:vii
7. Friedman, Jerome H. (1998). "Data Mining and Statistics: What's the connection?". *Computing Science and Statistics*. **29** (1): 3–9.
8. Samuel, Arthur (1959). "Some Studies in Machine Learning Using the Game of Checkers". *IBM Journal of Research and Development*. **3** (3): 210–229. CiteSeerX 10.1.1.368.2254 (https://citeseerx.ist.psu.edu/viewdoc/summary?doi=10.1.1.368.2254). doi:10.1147/rd.33.0210 (https://doi.org/10.1147%2Frd.33.0210). S2CID 2126705 (https://api.semanticscholar.org/CorpusID:2126705).
9. R. Kohavi and F. Provost, "Glossary of terms", Machine Learning, vol. 30, no. 2–3, pp. 271–274, 1998.
10. Gerovitch, Slava (9 April 2015). "How the Computer Got Its Revenge on the Soviet Union" (https://web.archive.org/web/20210922175839/https://nautil.us/issue/23/Dominoes/how-the-computer-got-its-revenge-on-the-soviet-union). *Nautilus*. Archived from the original (https://nautil.us/issue/23/dominoes/how-the-computer-got-its-revenge-on-the-soviet-union) on 22 September 2021. Retrieved 19 September 2021.

11. Lindsay, Richard P. (1 September 1964). "The Impact of Automation On Public Administration" (https://journals.sagepub.com/doi/10.1177/106591296401700364). *Western Political Quarterly*. **17** (3): 78–81. doi:10.1177/106591296401700364 (https://doi.org/10.1177%2F106591296401700364). ISSN 0043-4078 (https://www.worldcat.org/issn/0043-4078). S2CID 154021253 (https://api.semanticscholar.org/CorpusID:154021253). Archived (https://web.archive.org/web/20211006190841/https://journals.sagepub.com/doi/10.1177/106591296401700364) from the original on 6 October 2021. Retrieved 6 October 2021.
12. "History and Evolution of Machine Learning: A Timeline" (https://www.techtarget.com/whatis/A-Timeline-of-Machine-Learning-History). *WhatIs*. Archived (https://web.archive.org/web/20231208220935/https://www.techtarget.com/whatis/A-Timeline-of-Machine-Learning-History) from the original on 2023-12-08. Retrieved 2023-12-08.
13. Milner, Peter M. (1993). "The Mind and Donald O. Hebb" (https://www.jstor.org/stable/24941344). *Scientific American*. **268** (1): 124–129. Bibcode:1993SciAm.268a.124M (https://ui.adsabs.harvard.edu/abs/1993SciAm.268a.124M). doi:10.1038/scientificamerican0193-124 (https://doi.org/10.1038%2Fscientificamerican0193-124). ISSN 0036-8733 (https://www.worldcat.org/issn/0036-8733). JSTOR 24941344 (https://www.jstor.org/stable/24941344). PMID 8418480 (https://pubmed.ncbi.nlm.nih.gov/8418480). Archived (https://web.archive.org/web/20231220163326/https://www.jstor.org/stable/24941344) from the original on 2023-12-20. Retrieved 2023-12-09.
14. "Science: The Goof Button", Time (magazine), 18 August 1961.
15. Nilsson N. Learning Machines, McGraw Hill, 1965.
16. Duda, R., Hart P. Pattern Recognition and Scene Analysis, Wiley Interscience, 1973
17. S. Bozinovski "Teaching space: A representation concept for adaptive pattern classification" COINS Technical Report No. 81-28, Computer and Information Science Department, University of Massachusetts at Amherst, MA, 1981. https://web.cs.umass.edu/publication/docs/1981/UM-CS-1981-028.pdf Archived (https://web.archive.org/web/20210225070218/https://web.cs.umass.edu/publication/docs/1981/UM-CS-1981-028.pdf) 2021-02-25 at the Wayback Machine
18. Mitchell, T. (1997). *Machine Learning*. McGraw Hill. p. 2. ISBN 978-0-07-042807-2.
19. Harnad, Stevan (2008), "The Annotation Game: On Turing (1950) on Computing, Machinery, and Intelligence" (https://web.archive.org/web/20120309113922/http://eprints.ecs.soton.ac.uk/12954/), in Epstein, Robert; Peters, Grace (eds.), *The Turing Test Sourcebook: Philosophical and Methodological Issues in the Quest for the Thinking Computer*, Kluwer, pp. 23–66, ISBN 9781402067082, archived from the original (http://eprints.ecs.soton.ac.uk/12954/) on 2012-03-09, retrieved 2012-12-11
20. "Introduction to AI Part 1" (https://edzion.com/2020/12/09/introduction-to-ai-part-1/). *Edzion*. 2020-12-08. Archived (https://web.archive.org/web/20210218005157/https://edzion.com/2020/12/09/introduction-to-ai-part-1/) from the original on 2021-02-18. Retrieved 2020-12-09.
21. Sindhu V, Nivedha S, Prakash M (February 2020). "An Empirical Science Research on Bioinformatics in Machine Learning" (https://doi.org/10.26782%2Fjmcms.spl.7%2F2020.02.00006). *Journal of Mechanics of Continua and Mathematical Sciences* (7). doi:10.26782/jmcms.spl.7/2020.02.00006 (https://doi.org/10.26782%2Fjmcms.spl.7%2F2020.02.00006).
22. Sarle, Warren S. (1994). "Neural Networks and statistical models". *SUGI 19: proceedings of the Nineteenth Annual SAS Users Group International Conference*. SAS Institute. pp. 1538–50. ISBN 9781555446116. OCLC 35546178 (https://www.worldcat.org/oclc/35546178).
23. Russell, Stuart; Norvig, Peter (2003) [1995]. *Artificial Intelligence: A Modern Approach* (2nd ed.). Prentice Hall. ISBN 978-0137903955.
24. Langley, Pat (2011). "The changing science of machine learning" (https://doi.org/10.1007%2Fs10994-011-5242-y). *Machine Learning*. **82** (3): 275–9. doi:10.1007/s10994-011-5242-y (https://doi.org/10.1007%2Fs10994-011-5242-y).

25. Mahoney, Matt. "Rationale for a Large Text Compression Benchmark" (http://cs.fit.edu/~mmahoney/compression/rationale.html). Florida Institute of Technology. Retrieved 5 March 2013.
26. Shmilovici A.; Kahiri Y.; Ben-Gal I.; Hauser S. (2009). "Measuring the Efficiency of the Intraday Forex Market with a Universal Data Compression Algorithm" (http://www.eng.tau.ac.il/~bengal/28.pdf) (PDF). *Computational Economics*. **33** (2): 131–154. CiteSeerX 10.1.1.627.3751 (https://citeseerx.ist.psu.edu/viewdoc/summary?doi=10.1.1.627.3751). doi:10.1007/s10614-008-9153-3 (https://doi.org/10.1007%2Fs10614-008-9153-3). S2CID 17234503 (https://api.semanticscholar.org/CorpusID:17234503). Archived (https://web.archive.org/web/20090709143601/http://www.eng.tau.ac.il/~bengal/28.pdf) (PDF) from the original on 2009-07-09.
27. I. Ben-Gal (2008). "On the Use of Data Compression Measures to Analyze Robust Designs" (http://www.eng.tau.ac.il/~bengal/Journal%20Paper.pdf) (PDF). *IEEE Transactions on Reliability*. **54** (3): 381–388. doi:10.1109/TR.2005.853280 (https://doi.org/10.1109%2FTR.2005.853280). S2CID 9376086 (https://api.semanticscholar.org/CorpusID:9376086).
28. D. Scully; Carla E. Brodley (2006). "Compression and Machine Learning: A New Perspective on Feature Space Vectors". *Data Compression Conference (DCC'06)*. p. 332. doi:10.1109/DCC.2006.13 (https://doi.org/10.1109%2FDCC.2006.13). ISBN 0-7695-2545-8. S2CID 12311412 (https://api.semanticscholar.org/CorpusID:12311412).
29. Gary Adcock (January 5, 2023). "What Is AI Video Compression?" (https://massive.io/file-transfer/what-is-ai-video-compression/). *massive.io*. Retrieved 6 April 2023.
30. "What is Unsupervised Learning? | IBM" (https://www.ibm.com/topics/unsupervised-learning). *www.ibm.com*. 23 September 2021. Retrieved 2024-02-05.
31. "Differentially private clustering for large-scale datasets" (https://blog.research.google/2023/05/differentially-private-clustering-for.html). *blog.research.google*. 2023-05-25. Retrieved 2024-03-16.
32. Edwards, Benj (2023-09-28). "AI language models can exceed PNG and FLAC in lossless compression, says study" (https://arstechnica.com/information-technology/2023/09/ai-language-models-can-exceed-png-and-flac-in-lossless-compression-says-study/). *Ars Technica*. Retrieved 2024-03-07.
33. Le Roux, Nicolas; Bengio, Yoshua; Fitzgibbon, Andrew (2012). "Improving First and Second-Order Methods by Modeling Uncertainty" (https://books.google.com/books?id=JPQx7s2L1A8C&q=%22Improving+First+and+Second-Order+Methods+by+Modeling+Uncertainty&pg=PA403). In Sra, Suvrit; Nowozin, Sebastian; Wright, Stephen J. (eds.). *Optimization for Machine Learning*. MIT Press. p. 404. ISBN 9780262016469. Archived (https://web.archive.org/web/20230117053335/https://books.google.com/books?id=JPQx7s2L1A8C&q=%22Improving+First+and+Second-Order+Methods+by+Modeling+Uncertainty&pg=PA403) from the original on 2023-01-17. Retrieved 2020-11-12.
34. Bzdok, Danilo; Altman, Naomi; Krzywinski, Martin (2018). "Statistics versus Machine Learning" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6082636). *Nature Methods*. **15** (4): 233–234. doi:10.1038/nmeth.4642 (https://doi.org/10.1038%2Fnmeth.4642). PMC 6082636 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6082636). PMID 30100822 (https://pubmed.ncbi.nlm.nih.gov/30100822).
35. Michael I. Jordan (2014-09-10). "statistics and machine learning" (https://www.reddit.com/r/MachineLearning/comments/2fxi6v/ama_michael_i_jordan/ckelmtt?context=3). reddit. Archived (https://web.archive.org/web/20171018192328/https://www.reddit.com/r/MachineLearning/comments/2fxi6v/ama_michael_i_jordan/ckelmtt/?context=3) from the original on 2017-10-18. Retrieved 2014-10-01.
36. Hung et al. Algorithms to Measure Surgeon Performance and Anticipate Clinical Outcomes in Robotic Surgery. JAMA Surg. 2018

37. Cornell University Library (August 2001). "Breiman: Statistical Modeling: The Two Cultures (with comments and a rejoinder by the author)" (http://projecteuclid.org/download/pdf_1/euclid.ss/1009213726). *Statistical Science*. **16** (3). doi:10.1214/ss/1009213726 (https://doi.org/10.1214%2Fss%2F1009213726). S2CID 62729017 (https://api.semanticscholar.org/CorpusID:62729017). Archived (https://web.archive.org/web/20170626042637/http://projecteuclid.org/download/pdf_1/euclid.ss/1009213726) from the original on 26 June 2017. Retrieved 8 August 2015.
38. Gareth James; Daniela Witten; Trevor Hastie; Robert Tibshirani (2013). *An Introduction to Statistical Learning* (http://www-bcf.usc.edu/~gareth/ISL/). Springer. p. vii. Archived (https://web.archive.org/web/20190623150237/http://www-bcf.usc.edu/~gareth/ISL/) from the original on 2019-06-23. Retrieved 2014-10-25.
39. Ramezanpour, A.; Beam, A.L.; Chen, J.H.; Mashaghi, A. (17 November 2020). "Statistical Physics for Medical Diagnostics: Learning, Inference, and Optimization Algorithms" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7699346). *Diagnostics*. **10** (11): 972. doi:10.3390/diagnostics10110972 (https://doi.org/10.3390%2Fdiagnostics10110972). PMC 7699346 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7699346). PMID 33228143 (https://pubmed.ncbi.nlm.nih.gov/33228143).
40. Mashaghi, A.; Ramezanpour, A. (16 March 2018). "Statistical physics of medical diagnostics: Study of a probabilistic model". *Physical Review E*. **97** (3–1): 032118. arXiv:1803.10019 (https://arxiv.org/abs/1803.10019). Bibcode:2018PhRvE..97c2118M (https://ui.adsabs.harvard.edu/abs/2018PhRvE..97c2118M). doi:10.1103/PhysRevE.97.032118 (https://doi.org/10.1103%2FPhysRevE.97.032118). PMID 29776109 (https://pubmed.ncbi.nlm.nih.gov/29776109). S2CID 4955393 (https://api.semanticscholar.org/CorpusID:4955393).
41. Mohri, Mehryar; Rostamizadeh, Afshin; Talwalkar, Ameet (2012). *Foundations of Machine Learning*. US, Massachusetts: MIT Press. ISBN 9780262018258.
42. Alpaydin, Ethem (2010). *Introduction to Machine Learning* (https://archive.org/details/introductiontoma00alpa_0). London: The MIT Press. ISBN 978-0-262-01243-0. Retrieved 4 February 2017.
43. Jordan, M. I.; Mitchell, T. M. (17 July 2015). "Machine learning: Trends, perspectives, and prospects". *Science*. **349** (6245): 255–260. Bibcode:2015Sci...349..255J (https://ui.adsabs.harvard.edu/abs/2015Sci...349..255J). doi:10.1126/science.aaa8415 (https://doi.org/10.1126%2Fscience.aaa8415). PMID 26185243 (https://pubmed.ncbi.nlm.nih.gov/26185243). S2CID 677218 (https://api.semanticscholar.org/CorpusID:677218).
44. El Naqa, Issam; Murphy, Martin J. (2015). "What is Machine Learning?". *Machine Learning in Radiation Oncology*. pp. 3–11. doi:10.1007/978-3-319-18305-3_1 (https://doi.org/10.1007%2F978-3-319-18305-3_1). ISBN 978-3-319-18304-6. S2CID 178586107 (https://api.semanticscholar.org/CorpusID:178586107).
45. Okolie, Jude A.; Savage, Shauna; Ogbaga, Chukwuma C.; Gunes, Burcu (June 2022). "Assessing the potential of machine learning methods to study the removal of pharmaceuticals from wastewater using biochar or activated carbon" (https://doi.org/10.1016%2Fj.totert.2022.100001). *Total Environment Research Themes*. **1–2**: 100001. doi:10.1016/j.totert.2022.100001 (https://doi.org/10.1016%2Fj.totert.2022.100001). S2CID 249022386 (https://api.semanticscholar.org/CorpusID:249022386).
46. Russell, Stuart J.; Norvig, Peter (2010). *Artificial Intelligence: A Modern Approach* (Third ed.). Prentice Hall. ISBN 9780136042594.
47. Mohri, Mehryar; Rostamizadeh, Afshin; Talwalkar, Ameet (2012). *Foundations of Machine Learning*. The MIT Press. ISBN 9780262018258.
48. Alpaydin, Ethem (2010). *Introduction to Machine Learning* (https://books.google.com/books?id=7f5bBAAAQBAJ). MIT Press. p. 9. ISBN 978-0-262-01243-0. Archived (https://web.archive.org/web/20230117053338/https://books.google.com/books?id=7f5bBAAAQBAJ) from the original on 2023-01-17. Retrieved 2018-11-25.

49. Jordan, Michael I.; Bishop, Christopher M. (2004). "Neural Networks". In Allen B. Tucker (ed.). *Computer Science Handbook, Second Edition (Section VII: Intelligent Systems)*. Boca Raton, Florida: Chapman & Hall/CRC Press LLC. ISBN 978-1-58488-360-9.
50. Zhang, Bosen; Huang, Haiyan; Tibbs-Cortes, Laura E.; Vanous, Adam; Zhang, Zhiwu; Sanguinet, Karen; Garland-Campbell, Kimberly A.; Yu, Jianming; Li, Xianran (2023). "Streamline unsupervised machine learning to survey and graph indel-based haplotypes from pan-genomes" (https://doi.org/10.1016%2Fj.molp.2023.05.005). *Molecular Plant*. **16** (6): 975–978. doi:10.1016/j.molp.2023.05.005 (https://doi.org/10.1016%2Fj.molp.2023.05.005). PMID 37202927 (https://pubmed.ncbi.nlm.nih.gov/37202927).
51. Zhang, Bosen; Huang, Haiyan; Tibbs-Cortes, Laura E.; Vanous, Adam; Zhang, Zhiwu; Sanguinet, Karen; Garland-Campbell, Kimberly A.; Yu, Jianming; Li, Xianran (2023-02-13). Streamline unsupervised machine learning to survey and graph indel-based haplotypes from pan-genomes (Report). doi:10.1101/2023.02.11.527743 (https://doi.org/10.1101%2F2023.02.11.527743).
52. Alex Ratner; Stephen Bach; Paroma Varma; Chris. "Weak Supervision: The New Programming Paradigm for Machine Learning" (https://web.archive.org/web/20190606043931/https://hazyresearch.github.io/snorkel/blog/ws_blog_post.html). *hazyresearch.github.io*. referencing work by many other members of Hazy Research. Archived from the original (https://hazyresearch.github.io/snorkel/blog/ws_blog_post.html) on 2019-06-06. Retrieved 2019-06-06.
53. van Otterlo, M.; Wiering, M. (2012). "Reinforcement Learning and Markov Decision Processes". *Reinforcement Learning*. Adaptation, Learning, and Optimization. Vol. 12. pp. 3–42. doi:10.1007/978-3-642-27645-3_1 (https://doi.org/10.1007%2F978-3-642-27645-3_1). ISBN 978-3-642-27644-6.
54. Roweis, Sam T.; Saul, Lawrence K. (22 Dec 2000). "Nonlinear Dimensionality Reduction by Locally Linear Embedding" (https://science.sciencemag.org/content/290/5500/2323). *Science*. **290** (5500): 2323–2326. Bibcode:2000Sci...290.2323R (https://ui.adsabs.harvard.edu/abs/2000Sci...290.2323R). doi:10.1126/science.290.5500.2323 (https://doi.org/10.1126%2Fscience.290.5500.2323). PMID 11125150 (https://pubmed.ncbi.nlm.nih.gov/11125150). S2CID 5987139 (https://api.semanticscholar.org/CorpusID:5987139). Archived (https://web.archive.org/web/20210815021528/https://science.sciencemag.org/content/290/5500/2323) from the original on 15 August 2021. Retrieved 17 July 2023.
55. Pavel Brazdil; Christophe Giraud Carrier; Carlos Soares; Ricardo Vilalta (2009). *Metalearning: Applications to Data Mining* (Fourth ed.). Springer Science+Business Media. pp. 10–14, *passim*. ISBN 978-3540732624.
56. Bozinovski, S. (1982). "A self-learning system using secondary reinforcement". In Trappl, Robert (ed.). Cybernetics and Systems Research: Proceedings of the Sixth European Meeting on Cybernetics and Systems Research. North-Holland. pp. 397–402. ISBN 978-0-444-86488-8.
57. Bozinovski, Stevo (2014) "Modeling mechanisms of cognition-emotion interaction in artificial neural networks, since 1981." Procedia Computer Science p. 255-263
58. Bozinovski, S. (2001) "Self-learning agents: A connectionist theory of emotion based on crossbar value judgment." Cybernetics and Systems 32(6) 637–667.
59. Y. Bengio; A. Courville; P. Vincent (2013). "Representation Learning: A Review and New Perspectives". *IEEE Transactions on Pattern Analysis and Machine Intelligence*. **35** (8): 1798–1828. arXiv:1206.5538 (https://arxiv.org/abs/1206.5538). doi:10.1109/tpami.2013.50 (https://doi.org/10.1109%2Ftpami.2013.50). PMID 23787338 (https://pubmed.ncbi.nlm.nih.gov/23787338). S2CID 393948 (https://api.semanticscholar.org/CorpusID:393948).
60. Nathan Srebro; Jason D. M. Rennie; Tommi S. Jaakkola (2004). *Maximum-Margin Matrix Factorization*. NIPS.

61. Coates, Adam; Lee, Honglak; Ng, Andrew Y. (2011). *An analysis of single-layer networks in unsupervised feature learning* (https://web.archive.org/web/20170813153615/http://machinelearning.wustl.edu/mlpapers/paper_files/AISTATS2011_CoatesNL11.pdf) (PDF). Int'l Conf. on AI and Statistics (AISTATS). Archived from the original (http://machinelearning.wustl.edu/mlpapers/paper_files/AISTATS2011_CoatesNL11.pdf) (PDF) on 2017-08-13. Retrieved 2018-11-25.
62. Csurka, Gabriella; Dance, Christopher C.; Fan, Lixin; Willamowski, Jutta; Bray, Cédric (2004). *Visual categorization with bags of keypoints* (https://www.cs.cmu.edu/~efros/courses/LBMV07/Papers/csurka-eccv-04.pdf) (PDF). ECCV Workshop on Statistical Learning in Computer Vision. Archived (https://web.archive.org/web/20190713040210/http://www.cs.cmu.edu/~efros/courses/LBMV07/Papers/csurka-eccv-04.pdf) (PDF) from the original on 2019-07-13. Retrieved 2019-08-29.
63. Daniel Jurafsky; James H. Martin (2009). *Speech and Language Processing*. Pearson Education International. pp. 145–146.
64. Lu, Haiping; Plataniotis, K.N.; Venetsanopoulos, A.N. (2011). "A Survey of Multilinear Subspace Learning for Tensor Data" (http://www.dsp.utoronto.ca/~haiping/Publication/SurveyMSL_PR2011.pdf) (PDF). *Pattern Recognition*. **44** (7): 1540–1551. Bibcode:2011PatRe..44.1540L (https://ui.adsabs.harvard.edu/abs/2011PatRe..44.1540L). doi:10.1016/j.patcog.2011.01.004 (https://doi.org/10.1016%2Fj.patcog.2011.01.004). Archived (https://web.archive.org/web/20190710225429/http://www.dsp.utoronto.ca/~haiping/Publication/SurveyMSL_PR2011.pdf) (PDF) from the original on 2019-07-10. Retrieved 2015-09-04.
65. Yoshua Bengio (2009). *Learning Deep Architectures for AI* (https://books.google.com/books?id=cq5ewg7FniMC&pg=PA3). Now Publishers Inc. pp. 1–3. ISBN 978-1-60198-294-0. Archived (https://web.archive.org/web/20230117053339/https://books.google.com/books?id=cq5ewg7FniMC&pg=PA3) from the original on 2023-01-17. Retrieved 2016-02-15.
66. Tillmann, A. M. (2015). "On the Computational Intractability of Exact and Approximate Dictionary Learning". *IEEE Signal Processing Letters*. **22** (1): 45–49. arXiv:1405.6664 (https://arxiv.org/abs/1405.6664). Bibcode:2015ISPL...22...45T (https://ui.adsabs.harvard.edu/abs/2015ISPL...22...45T). doi:10.1109/LSP.2014.2345761 (https://doi.org/10.1109%2FLSP.2014.2345761). S2CID 13342762 (https://api.semanticscholar.org/CorpusID:13342762).
67. Aharon, M, M Elad, and A Bruckstein. 2006. "K-SVD: An Algorithm for Designing Overcomplete Dictionaries for Sparse Representation (http://sites.fas.harvard.edu/~cs278/papers/ksvd.pdf) Archived (https://web.archive.org/web/20181123142158/http://sites.fas.harvard.edu/~cs278/papers/ksvd.pdf) 2018-11-23 at the Wayback Machine." Signal Processing, IEEE Transactions on 54 (11): 4311–4322
68. Zimek, Arthur; Schubert, Erich (2017), "Outlier Detection", *Encyclopedia of Database Systems*, Springer New York, pp. 1–5, doi:10.1007/978-1-4899-7993-3_80719-1 (https://doi.org/10.1007%2F978-1-4899-7993-3_80719-1), ISBN 9781489979933
69. Hodge, V. J.; Austin, J. (2004). "A Survey of Outlier Detection Methodologies" (http://eprints.whiterose.ac.uk/767/1/hodgevj4.pdf) (PDF). *Artificial Intelligence Review*. **22** (2): 85–126. CiteSeerX 10.1.1.318.4023 (https://citeseerx.ist.psu.edu/viewdoc/summary?doi=10.1.1.318.4023). doi:10.1007/s10462-004-4304-y (https://doi.org/10.1007%2Fs10462-004-4304-y). S2CID 59941878 (https://api.semanticscholar.org/CorpusID:59941878). Archived (https://web.archive.org/web/20150622042146/http://eprints.whiterose.ac.uk/767/1/hodgevj4.pdf) (PDF) from the original on 2015-06-22. Retrieved 2018-11-25.
70. Dokas, Paul; Ertoz, Levent; Kumar, Vipin; Lazarevic, Aleksandar; Srivastava, Jaideep; Tan, Pang-Ning (2002). "Data mining for network intrusion detection" (https://www-users.cse.umn.edu/~lazar027/MINDS/papers/nsf_ngdm_2002.pdf) (PDF). *Proceedings NSF Workshop on Next Generation Data Mining*. Archived (https://web.archive.org/web/20150923211542/http://www.csee.umbc.edu/~kolari1/Mining/ngdm/dokas.pdf) (PDF) from the original on 2015-09-23. Retrieved 2023-03-26.

71. Chandola, V.; Banerjee, A.; Kumar, V. (2009). "Anomaly detection: A survey". *ACM Computing Surveys*. **41** (3): 1–58. doi:10.1145/1541880.1541882 (https://doi.org/10.1145%2F1541880.1541882). S2CID 207172599 (https://api.semanticscholar.org/CorpusID:207172599).
72. Fleer, S.; Moringen, A.; Klatzky, R. L.; Ritter, H. (2020). "Learning efficient haptic shape exploration with a rigid tactile sensor array, S. Fleer, A. Moringen, R. Klatzky, H. Ritter" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6940144). *PLOS ONE*. **15** (1): e0226880. arXiv:1902.07501 (https://arxiv.org/abs/1902.07501). doi:10.1371/journal.pone.0226880 (https://doi.org/10.1371%2Fjournal.pone.0226880). PMC 6940144 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6940144). PMID 31896135 (https://pubmed.ncbi.nlm.nih.gov/31896135).
73. Moringen, Alexandra; Fleer, Sascha; Walck, Guillaume; Ritter, Helge (2020), Nisky, Ilana; Hartcher-O'Brien, Jess; Wiertlewski, Michaël; Smeets, Jeroen (eds.), "Attention-Based Robot Learning of Haptic Interaction", *Haptics: Science, Technology, Applications*, Lecture Notes in Computer Science, vol. 12272, Cham: Springer International Publishing, pp. 462–470, doi:10.1007/978-3-030-58147-3_51 (https://doi.org/10.1007%2F978-3-030-58147-3_51), ISBN 978-3-030-58146-6, S2CID 220069113 (https://api.semanticscholar.org/CorpusID:220069113)
74. Piatetsky-Shapiro, Gregory (1991), *Discovery, analysis, and presentation of strong rules*, in Piatetsky-Shapiro, Gregory; and Frawley, William J.; eds., *Knowledge Discovery in Databases*, AAAI/MIT Press, Cambridge, MA.
75. Bassel, George W.; Glaab, Enrico; Marquez, Julietta; Holdsworth, Michael J.; Bacardit, Jaume (2011-09-01). "Functional Network Construction in Arabidopsis Using Rule-Based Machine Learning on Large-Scale Data Sets" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3203449). *The Plant Cell*. **23** (9): 3101–3116. doi:10.1105/tpc.111.088153 (https://doi.org/10.1105%2Ftpc.111.088153). ISSN 1532-298X (https://www.worldcat.org/issn/1532-298X). PMC 3203449 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3203449). PMID 21896882 (https://pubmed.ncbi.nlm.nih.gov/21896882).
76. Agrawal, R.; Imieliński, T.; Swami, A. (1993). "Mining association rules between sets of items in large databases". *Proceedings of the 1993 ACM SIGMOD international conference on Management of data - SIGMOD '93*. p. 207. CiteSeerX 10.1.1.40.6984 (https://citeseerx.ist.psu.edu/viewdoc/summary?doi=10.1.1.40.6984). doi:10.1145/170035.170072 (https://doi.org/10.1145%2F170035.170072). ISBN 978-0897915922. S2CID 490415 (https://api.semanticscholar.org/CorpusID:490415).
77. Urbanowicz, Ryan J.; Moore, Jason H. (2009-09-22). "Learning Classifier Systems: A Complete Introduction, Review, and Roadmap" (https://doi.org/10.1155%2F2009%2F736398). *Journal of Artificial Evolution and Applications*. **2009**: 1–25. doi:10.1155/2009/736398 (https://doi.org/10.1155%2F2009%2F736398). ISSN 1687-6229 (https://www.worldcat.org/issn/1687-6229).
78. Plotkin G.D. Automatic Methods of Inductive Inference (https://www.era.lib.ed.ac.uk/bitstream/handle/1842/6656/Plotkin1972.pdf;sequence=1) Archived (https://web.archive.org/web/20171222051034/https://www.era.lib.ed.ac.uk/bitstream/handle/1842/6656/Plotkin1972.pdf;sequence=1) 2017-12-22 at the Wayback Machine, PhD thesis, University of Edinburgh, 1970.
79. Shapiro, Ehud Y. Inductive inference of theories from facts (http://ftp.cs.yale.edu/publications/techreports/tr192.pdf) Archived (https://web.archive.org/web/20210821071609/http://ftp.cs.yale.edu/publications/techreports/tr192.pdf) 2021-08-21 at the Wayback Machine, Research Report 192, Yale University, Department of Computer Science, 1981. Reprinted in J.-L. Lassez, G. Plotkin (Eds.), Computational Logic, The MIT Press, Cambridge, MA, 1991, pp. 199–254.
80. Shapiro, Ehud Y. (1983). *Algorithmic program debugging*. Cambridge, Mass: MIT Press. ISBN 0-262-19218-7

81. Shapiro, Ehud Y. "The model inference system (http://dl.acm.org/citation.cfm?id=1623364) Archived (https://web.archive.org/web/20230406011006/https://dl.acm.org/citation.cfm?id=1623364) 2023-04-06 at the Wayback Machine." Proceedings of the 7th international joint conference on Artificial intelligence-Volume 2. Morgan Kaufmann Publishers Inc., 1981.
82. Burkov, Andriy (2019). *The hundred-page machine learning book*. Polen: Andriy Burkov. ISBN 978-1-9995795-0-0.
83. Russell, Stuart J.; Norvig, Peter (2021). *Artificial intelligence: a modern approach*. Pearson series in artificial intelligence (Fourth ed.). Hoboken: Pearson. ISBN 978-0-13-461099-3.
84. Honglak Lee, Roger Grosse, Rajesh Ranganath, Andrew Y. Ng. "Convolutional Deep Belief Networks for Scalable Unsupervised Learning of Hierarchical Representations (http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.149.802&rep=rep1&type=pdf) Archived (https://web.archive.org/web/20171018182235/http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.149.802&rep=rep1&type=pdf) 2017-10-18 at the Wayback Machine" Proceedings of the 26th Annual International Conference on Machine Learning, 2009.
85. Cortes, Corinna; Vapnik, Vladimir N. (1995). "Support-vector networks" (https://doi.org/10.1007%2FBF00994018). *Machine Learning*. **20** (3): 273–297. doi:10.1007/BF00994018 (https://doi.org/10.1007%2FBF00994018).
86. Stevenson, Christopher. "Tutorial: Polynomial Regression in Excel" (https://facultystaff.richmond.edu/~cstevens/301/Excel4.html). *facultystaff.richmond.edu*. Archived (https://web.archive.org/web/20130602200850/https://facultystaff.richmond.edu/~cstevens/301/Excel4.html) from the original on 2 June 2013. Retrieved 22 January 2017.
87. The documentation for scikit-learn also has similar examples (http://scikit-learn.org/stable/auto_examples/gaussian_process/plot_compare_gpr_krr.html) Archived (https://web.archive.org/web/20221102184805/https://scikit-learn.org/stable/auto_examples/gaussian_process/plot_compare_gpr_krr.html) 2022-11-02 at the Wayback Machine.
88. Goldberg, David E.; Holland, John H. (1988). "Genetic algorithms and machine learning" (https://deepblue.lib.umich.edu/bitstream/2027.42/46947/1/10994_2005_Article_422926.pdf) (PDF). *Machine Learning*. **3** (2): 95–99. doi:10.1007/bf00113892 (https://doi.org/10.1007%2Fbf00113892). S2CID 35506513 (https://api.semanticscholar.org/CorpusID:35506513). Archived (https://web.archive.org/web/20110516025803/http://deepblue.lib.umich.edu/bitstream/2027.42/46947/1/10994_2005_Article_422926.pdf) (PDF) from the original on 2011-05-16. Retrieved 2019-09-03.
89. Michie, D.; Spiegelhalter, D. J.; Taylor, C. C. (1994). "Machine Learning, Neural and Statistical Classification". *Ellis Horwood Series in Artificial Intelligence*. Bibcode:1994mlns.book.....M (https://ui.adsabs.harvard.edu/abs/1994mlns.book.....M).
90. Zhang, Jun; Zhan, Zhi-hui; Lin, Ying; Chen, Ni; Gong, Yue-jiao; Zhong, Jing-hui; Chung, Henry S.H.; Li, Yun; Shi, Yu-hui (2011). "Evolutionary Computation Meets Machine Learning: A Survey". *Computational Intelligence Magazine*. **6** (4): 68–75. doi:10.1109/mci.2011.942584 (https://doi.org/10.1109%2Fmci.2011.942584). S2CID 6760276 (https://api.semanticscholar.org/CorpusID:6760276).
91. "Federated Learning: Collaborative Machine Learning without Centralized Training Data" (http://ai.googleblog.com/2017/04/federated-learning-collaborative.html). *Google AI Blog*. 6 April 2017. Archived (https://web.archive.org/web/20190607054623/https://ai.googleblog.com/2017/04/federated-learning-collaborative.html) from the original on 2019-06-07. Retrieved 2019-06-08.
92. Machine learning is included in the CFA Curriculum (discussion is top-down); see: Kathleen DeRose and Christophe Le Lanno (2020). "Machine Learning" (https://www.cfainstitute.org/-/media/documents/study-session/2020-l2-ss3.ashx) Archived (https://web.archive.org/web/20200113085425/https://www.cfainstitute.org/-/media/documents/study-session/2020-l2-ss3.ashx) 2020-01-13 at the Wayback Machine.

93. Ivanenko, Mikhail; Smolik, Waldemar T.; Wanta, Damian; Midura, Mateusz; Wróblewski, Przemysław; Hou, Xiaohan; Yan, Xiaoheng (2023). "Image Reconstruction Using Supervised Learning in Wearable Electrical Impedance Tomography of the Thorax" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10538128). *Sensors*. **23** (18): 7774. Bibcode:2023Senso..23.7774I (https://ui.adsabs.harvard.edu/abs/2023Senso..23.7774I). doi:10.3390/s23187774 (https://doi.org/10.3390%2Fs23187774). PMC 10538128 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10538128). PMID 37765831 (https://pubmed.ncbi.nlm.nih.gov/37765831).

94. "BelKor Home Page" (https://web.archive.org/web/20151110062742/http://www2.research.att.com/~volinsky/netflix/) research.att.com

95. "The Netflix Tech Blog: Netflix Recommendations: Beyond the 5 stars (Part 1)" (https://web.archive.org/web/20160531002916/http://techblog.netflix.com/2012/04/netflix-recommendations-beyond-5-stars.html). 2012-04-06. Archived from the original (http://techblog.netflix.com/2012/04/netflix-recommendations-beyond-5-stars.html) on 31 May 2016. Retrieved 8 August 2015.

96. Scott Patterson (13 July 2010). "Letting the Machines Decide" (https://www.wsj.com/articles/SB10001424052748703834604575365310813948080). The Wall Street Journal. Archived (https://web.archive.org/web/20180624151019/https://www.wsj.com/articles/SB10001424052748703834604575365310813948080) from the original on 24 June 2018. Retrieved 24 June 2018.

97. Vinod Khosla (January 10, 2012). "Do We Need Doctors or Algorithms?" (https://techcrunch.com/2012/01/10/doctors-or-algorithms/). Tech Crunch. Archived (https://web.archive.org/web/20180618175811/https://techcrunch.com/2012/01/10/doctors-or-algorithms/) from the original on June 18, 2018. Retrieved October 20, 2016.

98. When A Machine Learning Algorithm Studied Fine Art Paintings, It Saw Things Art Historians Had Never Noticed (https://medium.com/the-physics-arxiv-blog/when-a-machine-learning-algorithm-studied-fine-art-paintings-it-saw-things-art-historians-had-never-b8e4e7bf7d3e) Archived (https://web.archive.org/web/20160604072143/https://medium.com/the-physics-arxiv-blog/when-a-machine-learning-algorithm-studied-fine-art-paintings-it-saw-things-art-historians-had-never-b8e4e7bf7d3e) 2016-06-04 at the Wayback Machine, *The Physics at ArXiv blog*

99. Vincent, James (2019-04-10). "The first AI-generated textbook shows what robot writers are actually good at" (https://www.theverge.com/2019/4/10/18304558/ai-writing-academic-research-book-springer-nature-artificial-intelligence). *The Verge*. Archived (https://web.archive.org/web/20190505200409/https://www.theverge.com/2019/4/10/18304558/ai-writing-academic-research-book-springer-nature-artificial-intelligence) from the original on 2019-05-05. Retrieved 2019-05-05.

100. Vaishya, Raju; Javaid, Mohd; Khan, Ibrahim Haleem; Haleem, Abid (July 1, 2020). "Artificial Intelligence (AI) applications for COVID-19 pandemic" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7195043). *Diabetes & Metabolic Syndrome: Clinical Research & Reviews*. **14** (4): 337–339. doi:10.1016/j.dsx.2020.04.012 (https://doi.org/10.1016%2Fj.dsx.2020.04.012). PMC 7195043 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7195043). PMID 32305024 (https://pubmed.ncbi.nlm.nih.gov/32305024).

101. Rezapouraghdam, Hamed; Akhshik, Arash; Ramkissoon, Haywantee (March 10, 2021). "Application of machine learning to predict visitors' green behavior in marine protected areas: evidence from Cyprus" (https://doi.org/10.1080%2F09669582.2021.1887878). *Journal of Sustainable Tourism*. **31** (11): 2479–2505. doi:10.1080/09669582.2021.1887878 (https://doi.org/10.1080%2F09669582.2021.1887878). hdl:10037/24073 (https://hdl.handle.net/10037%2F24073).

102. Dey, Somdip; Singh, Amit Kumar; Wang, Xiaohang; McDonald-Maier, Klaus (2020-06-15). "User Interaction Aware Reinforcement Learning for Power and Thermal Efficiency of CPU-GPU Mobile MPSoCs" (https://ieeexplore.ieee.org/document/9116294). *2020 Design, Automation & Test in Europe Conference & Exhibition (DATE)* (http://repository.essex.ac.uk/27546/1/User%20Interaction%20Aware%20Reinforcement%20Learning.pdf) (PDF). pp. 1728–1733. doi:10.23919/DATE48585.2020.9116294 (https://doi.org/10.23919%2FDATE48585.2020.9116294). ISBN 978-3-9819263-4-7. S2CID 219858480 (https://api.semanticscholar.org/CorpusID:219858480). Archived (https://web.archive.org/web/20211213192526/https://ieeexplore.ieee.org/document/9116294/) from the original on 2021-12-13. Retrieved 2022-01-20.

103. Quested, Tony. "Smartphones get smarter with Essex innovation" (https://www.businessweekly.co.uk/news/academia-research/smartphones-get-smarter-essex-innovation). *Business Weekly*. Archived (https://web.archive.org/web/20210624200126/https://www.businessweekly.co.uk/news/academia-research/smartphones-get-smarter-essex-innovation) from the original on 2021-06-24. Retrieved 2021-06-17.

104. Williams, Rhiannon (2020-07-21). "Future smartphones 'will prolong their own battery life by monitoring owners' behaviour' " (https://inews.co.uk/news/technology/future-smartphones-prolong-battery-life-monitoring-behaviour-558689). *i*. Archived (https://web.archive.org/web/20210624201153/https://inews.co.uk/news/technology/future-smartphones-prolong-battery-life-monitoring-behaviour-558689) from the original on 2021-06-24. Retrieved 2021-06-17.

105. Rasekhschaffe, Keywan Christian; Jones, Robert C. (2019-07-01). "Machine Learning for Stock Selection" (https://www.tandfonline.com/doi/full/10.1080/0015198X.2019.1596678). *Financial Analysts Journal*. **75** (3): 70–88. doi:10.1080/0015198X.2019.1596678 (https://doi.org/10.1080%2F0015198X.2019.1596678). ISSN 0015-198X (https://www.worldcat.org/issn/0015-198X). S2CID 108312507 (https://api.semanticscholar.org/CorpusID:108312507). Archived (https://web.archive.org/web/20231126160605/https://www.tandfonline.com/doi/full/10.1080/0015198X.2019.1596678) from the original on 2023-11-26. Retrieved 2023-11-26.

106. Chung, Yunsie; Green, William H. (2024). "Machine learning from quantum chemistry to predict experimental solvent effects on reaction rates" (https://xlink.rsc.org/?DOI=D3SC05353A). *Chemical Science*. **15** (7): 2410–2424. doi:10.1039/D3SC05353A (https://doi.org/10.1039%2FD3SC05353A). ISSN 2041-6520 (https://www.worldcat.org/issn/2041-6520). PMC 10866337 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10866337). PMID 38362410 (https://pubmed.ncbi.nlm.nih.gov/38362410). Archived (https://web.archive.org/web/20240519121547/https://pubs.rsc.org/en/content/articlelanding/2024/sc/d3sc05353a) from the original on 2024-05-19. Retrieved 2024-04-21.

107. Sun, Yuran; Huang, Shih-Kai; Zhao, Xilei (2024-02-01). "Predicting Hurricane Evacuation Decisions with Interpretable Machine Learning Methods" (https://doi.org/10.1007/s13753-024-00541-1). *International Journal of Disaster Risk Science*. **15** (1): 134–148. doi:10.1007/s13753-024-00541-1 (https://doi.org/10.1007%2Fs13753-024-00541-1). ISSN 2192-6395 (https://www.worldcat.org/issn/2192-6395). Archived (https://web.archive.org/web/20240519121537/https://link.springer.com/article/10.1007/s13753-024-00541-1) from the original on 2024-05-19. Retrieved 2024-05-19.

108. Sun, Yuran; Zhao, Xilei; Lovreglio, Ruggiero; Kuligowski, Erica (2024-01-01), Naser, M. Z. (ed.), "8 - AI for large-scale evacuation modeling: promises and challenges" (https://www.sciencedirect.com/science/article/pii/B9780128240731000149), *Interpretable Machine Learning for the Analysis, Design, Assessment, and Informed Decision Making for Civil Infrastructure*, Woodhead Publishing Series in Civil and Structural Engineering, Woodhead Publishing, pp. 185–204, ISBN 978-0-12-824073-1, archived (https://web.archive.org/web/20240519121547/https://www.sciencedirect.com/science/article/abs/pii/B9780128240731000149) from the original on 2024-05-19, retrieved 2024-05-19

109. Xu, Ningzhe; Lovreglio, Ruggiero; Kuligowski, Erica D.; Cova, Thomas J.; Nilsson, Daniel; Zhao, Xilei (2023-03-01). "Predicting and Assessing Wildfire Evacuation Decision-Making Using Machine Learning: Findings from the 2019 Kincade Fire" (https://doi.org/10.1007/s10694-023-01363-1). *Fire Technology*. **59** (2): 793–825. doi:10.1007/s10694-023-01363-1 (https://doi.org/10.1007%2Fs10694-023-01363-1). ISSN 1572-8099 (https://www.worldcat.org/issn/1572-8099). Archived (https://web.archive.org/web/20240519121534/https://link.springer.com/article/10.1007/s10694-023-01363-1) from the original on 2024-05-19. Retrieved 2024-05-19.
110. Wang, Ke; Shi, Xiupeng; Goh, Algena Pei Xuan; Qian, Shunzhi (2019-06-01). "A machine learning based study on pedestrian movement dynamics under emergency evacuation" (https://www.sciencedirect.com/science/article/pii/S037971121830376X). *Fire Safety Journal*. **106**: 163–176. doi:10.1016/j.firesaf.2019.04.008 (https://doi.org/10.1016%2Fj.firesaf.2019.04.008). hdl:10356/143390 (https://hdl.handle.net/10356%2F143390). ISSN 0379-7112 (https://www.worldcat.org/issn/0379-7112). Archived (https://web.archive.org/web/20240519121539/https://www.sciencedirect.com/science/article/abs/pii/S037971121830376X) from the original on 2024-05-19. Retrieved 2024-05-19.
111. Zhao, Xilei; Lovreglio, Ruggiero; Nilsson, Daniel (2020-05-01). "Modelling and interpreting pre-evacuation decision-making using machine learning" (https://www.sciencedirect.com/science/article/pii/S0926580519313184). *Automation in Construction*. **113**: 103140. doi:10.1016/j.autcon.2020.103140 (https://doi.org/10.1016%2Fj.autcon.2020.103140). ISSN 0926-5805 (https://www.worldcat.org/issn/0926-5805). Archived (https://web.archive.org/web/20240519121548/https://www.sciencedirect.com/science/article/abs/pii/S0926580519313184) from the original on 2024-05-19. Retrieved 2024-05-19.
112. "Why Machine Learning Models Often Fail to Learn: QuickTake Q&A" (https://web.archive.org/web/20170320225010/https://www.bloomberg.com/news/articles/2016-11-10/why-machine-learning-models-often-fail-to-learn-quicktake-q-a). *Bloomberg.com*. 2016-11-10. Archived from the original (https://www.bloomberg.com/news/articles/2016-11-10/why-machine-learning-models-often-fail-to-learn-quicktake-q-a) on 2017-03-20. Retrieved 2017-04-10.
113. "The First Wave of Corporate AI Is Doomed to Fail" (https://hbr.org/2017/04/the-first-wave-of-corporate-ai-is-doomed-to-fail). *Harvard Business Review*. 2017-04-18. Archived (https://web.archive.org/web/20180821032004/https://hbr.org/2017/04/the-first-wave-of-corporate-ai-is-doomed-to-fail) from the original on 2018-08-21. Retrieved 2018-08-20.
114. "Why the A.I. euphoria is doomed to fail" (https://venturebeat.com/2016/09/17/why-the-a-i-euphoria-is-doomed-to-fail/). *VentureBeat*. 2016-09-18. Archived (https://web.archive.org/web/20180819124138/https://venturebeat.com/2016/09/17/why-the-a-i-euphoria-is-doomed-to-fail/) from the original on 2018-08-19. Retrieved 2018-08-20.
115. "9 Reasons why your machine learning project will fail" (https://www.kdnuggets.com/2018/07/why-machine-learning-project-fail.html). *www.kdnuggets.com*. Archived (https://web.archive.org/web/20180821031802/https://www.kdnuggets.com/2018/07/why-machine-learning-project-fail.html) from the original on 2018-08-21. Retrieved 2018-08-20.
116. Babuta, Alexander; Oswald, Marion; Rinik, Christine (2018). Transparency and Intelligibility (https://www.jstor.org/stable/resrep37375.8) (Report). Royal United Services Institute (RUSI). pp. 17–22. Archived (https://web.archive.org/web/20231209002929/https://www.jstor.org/stable/resrep37375.8) from the original on 2023-12-09. Retrieved 2023-12-09.
117. "Why Uber's self-driving car killed a pedestrian" (https://www.economist.com/the-economist-explains/2018/05/29/why-ubers-self-driving-car-killed-a-pedestrian). *The Economist*. Archived (https://web.archive.org/web/20180821031818/https://www.economist.com/the-economist-explains/2018/05/29/why-ubers-self-driving-car-killed-a-pedestrian) from the original on 2018-08-21. Retrieved 2018-08-20.

118. "IBM's Watson recommended 'unsafe and incorrect' cancer treatments – STAT" (https://www.statnews.com/2018/07/25/ibm-watson-recommended-unsafe-incorrect-treatments/). *STAT*. 2018-07-25. Archived (https://web.archive.org/web/20180821062616/https://www.statnews.com/2018/07/25/ibm-watson-recommended-unsafe-incorrect-treatments/) from the original on 2018-08-21. Retrieved 2018-08-21.
119. Hernandez, Daniela; Greenwald, Ted (2018-08-11). "IBM Has a Watson Dilemma" (https://www.wsj.com/articles/ibm-bet-billions-that-watson-could-improve-cancer-treatment-it-hasnt-worked-1533961147). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-9660). Archived (https://web.archive.org/web/20180821031906/https://www.wsj.com/articles/ibm-bet-billions-that-watson-could-improve-cancer-treatment-it-hasnt-worked-1533961147) from the original on 2018-08-21. Retrieved 2018-08-21.
120. Allyn, Bobby (Feb 27, 2023). "How Microsoft's experiment in artificial intelligence tech backfired" (https://www.npr.org/2023/02/27/1159630243/how-microsofts-experiment-in-artificial-intelligence-tech-backfired). *National Public Radio*. Archived (https://web.archive.org/web/20231208234056/https://www.npr.org/2023/02/27/1159630243/how-microsofts-experiment-in-artificial-intelligence-tech-backfired) from the original on December 8, 2023. Retrieved Dec 8, 2023.
121. Reddy, Shivani M.; Patel, Sheila; Weyrich, Meghan; Fenton, Joshua; Viswanathan, Meera (2020). "Comparison of a traditional systematic review approach with review-of-reviews and semi-automation as strategies to update the evidence" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7574591). *Systematic Reviews*. **9** (1): 243. doi:10.1186/s13643-020-01450-2 (https://doi.org/10.1186%2Fs13643-020-01450-2). ISSN 2046-4053 (https://www.worldcat.org/issn/2046-4053). PMC 7574591 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7574591). PMID 33076975 (https://pubmed.ncbi.nlm.nih.gov/33076975).
122. Garcia, Megan (2016). "Racist in the Machine". *World Policy Journal*. **33** (4): 111–117. doi:10.1215/07402775-3813015 (https://doi.org/10.1215%2F07402775-3813015). ISSN 0740-2775 (https://www.worldcat.org/issn/0740-2775). S2CID 151595343 (https://api.semanticscholar.org/CorpusID:151595343).
123. Caliskan, Aylin; Bryson, Joanna J.; Narayanan, Arvind (2017-04-14). "Semantics derived automatically from language corpora contain human-like biases". *Science*. **356** (6334): 183–186. arXiv:1608.07187 (https://arxiv.org/abs/1608.07187). Bibcode:2017Sci...356..183C (https://ui.adsabs.harvard.edu/abs/2017Sci...356..183C). doi:10.1126/science.aal4230 (https://doi.org/10.1126%2Fscience.aal4230). ISSN 0036-8075 (https://www.worldcat.org/issn/0036-8075). PMID 28408601 (https://pubmed.ncbi.nlm.nih.gov/28408601). S2CID 23163324 (https://api.semanticscholar.org/CorpusID:23163324).
124. Wang, Xinan; Dasgupta, Sanjoy (2016), Lee, D. D.; Sugiyama, M.; Luxburg, U. V.; Guyon, I. (eds.), "An algorithm for L1 nearest neighbor search via monotonic embedding" (http://papers.nips.cc/paper/6227-an-algorithm-for-l1-nearest-neighbor-search-via-monotonic-embedding.pdf) (PDF), *Advances in Neural Information Processing Systems 29*, Curran Associates, Inc., pp. 983–991, archived (https://web.archive.org/web/20170407051313/http://papers.nips.cc/paper/6227-an-algorithm-for-l1-nearest-neighbor-search-via-monotonic-embedding.pdf) (PDF) from the original on 2017-04-07, retrieved 2018-08-20
125. Silva, Selena; Kenney, Martin (2018). "Algorithms, Platforms, and Ethnic Bias: An Integrative Essay" (https://brie.berkeley.edu/sites/default/files/brie_wp_2018-3.pdf) (PDF). *Phylon*. **55** (1 & 2): 9–37. ISSN 0031-8906 (https://www.worldcat.org/issn/0031-8906). JSTOR 26545017 (https://www.jstor.org/stable/26545017). Archived (https://web.archive.org/web/20240127200319/https://brie.berkeley.edu/sites/default/files/brie_wp_2018-3.pdf) (PDF) from the original on Jan 27, 2024.

126. Vincent, James (Jan 12, 2018). "Google 'fixed' its racist algorithm by removing gorillas from its image-labeling tech" (https://www.theverge.com/2018/1/12/16882408/google-racist-gorillas-photo-recognition-algorithm-ai). *The Verge*. Archived (https://web.archive.org/web/20180821031830/https://www.theverge.com/2018/1/12/16882408/google-racist-gorillas-photo-recognition-algorithm-ai) from the original on 2018-08-21. Retrieved 2018-08-20.
127. Crawford, Kate (25 June 2016). "Opinion | Artificial Intelligence's White Guy Problem" (https://www.nytimes.com/2016/06/26/opinion/sunday/artificial-intelligences-white-guy-problem.html). *New York Times*. Archived (https://web.archive.org/web/20210114220619/https://www.nytimes.com/2016/06/26/opinion/sunday/artificial-intelligences-white-guy-problem.html) from the original on 2021-01-14. Retrieved 2018-08-20.
128. Metz, Rachel (March 24, 2016). "Why Microsoft Accidentally Unleashed a Neo-Nazi Sexbot" (https://www.technologyreview.com/s/601111/why-microsoft-accidentally-unleashed-a-neo-nazi-sexbot/). *MIT Technology Review*. Archived (https://web.archive.org/web/20181109023754/https://www.technologyreview.com/s/601111/why-microsoft-accidentally-unleashed-a-neo-nazi-sexbot/) from the original on 2018-11-09. Retrieved 2018-08-20.
129. Simonite, Tom (March 30, 2017). "Microsoft: AI Isn't Yet Adaptable Enough to Help Businesses" (https://www.technologyreview.com/s/603944/microsoft-ai-isnt-yet-adaptable-enough-to-help-businesses/). *MIT Technology Review*. Archived (https://web.archive.org/web/20181109022820/https://www.technologyreview.com/s/603944/microsoft-ai-isnt-yet-adaptable-enough-to-help-businesses/) from the original on 2018-11-09. Retrieved 2018-08-20.
130. Hempel, Jessi (2018-11-13). "Fei-Fei Li's Quest to Make Machines Better for Humanity" (https://www.wired.com/story/fei-fei-li-artificial-intelligence-humanity/). *Wired*. ISSN 1059-1028 (https://www.worldcat.org/issn/1059-1028). Archived (https://web.archive.org/web/20201214095220/https://www.wired.com/story/fei-fei-li-artificial-intelligence-humanity/) from the original on 2020-12-14. Retrieved 2019-02-17.
131. Rudin, Cynthia (2019). "Stop explaining black box machine learning models for high stakes decisions and use interpretable models instead" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9122117). *Nature Machine Intelligence*. **1** (5): 206–215. doi:10.1038/s42256-019-0048-x (https://doi.org/10.1038%2Fs42256-019-0048-x). PMC 9122117 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9122117). PMID 35603010 (https://pubmed.ncbi.nlm.nih.gov/35603010).
132. Hu, Tongxi; Zhang, Xuesong; Bohrer, Gil; Liu, Yanlan; Zhou, Yuyu; Martin, Jay; LI, Yang; Zhao, Kaiguang (2023). "Crop yield prediction via explainable AI and interpretable machine learning: Dangers of black box models for evaluating climate change impacts on crop yield" (https://doi.org/10.1016%2Fj.agrformet.2023.109458). *Agricultural and Forest Meteorology*. **336**: 109458. doi:10.1016/j.agrformet.2023.109458 (https://doi.org/10.1016%2Fj.agrformet.2023.109458). S2CID 258552400 (https://api.semanticscholar.org/CorpusID:258552400).
133. Domingos 2015, Chapter 6, Chapter 7.
134. Domingos 2015, p. 286.
135. "Single pixel change fools AI programs" (https://www.bbc.com/news/technology-41845878). *BBC News*. 3 November 2017. Archived (https://web.archive.org/web/20180322011306/http://www.bbc.com/news/technology-41845878) from the original on 22 March 2018. Retrieved 12 March 2018.
136. "AI Has a Hallucination Problem That's Proving Tough to Fix" (https://www.wired.com/story/ai-has-a-hallucination-problem-thats-proving-tough-to-fix/). *WIRED*. 2018. Archived (https://web.archive.org/web/20180312024533/https://www.wired.com/story/ai-has-a-hallucination-problem-thats-proving-tough-to-fix/) from the original on 12 March 2018. Retrieved 12 March 2018.
137. Madry, A.; Makelov, A.; Schmidt, L.; Tsipras, D.; Vladu, A. (4 September 2019). "Towards deep learning models resistant to adversarial attacks". arXiv:1706.06083 (https://arxiv.org/abs/1706.06083) [stat.ML (https://arxiv.org/archive/stat.ML)].

138. "Adversarial Machine Learning – CLTC UC Berkeley Center for Long-Term Cybersecurity" (https://cltc.berkeley.edu/aml/). *CLTC*. Archived (https://web.archive.org/web/20220517045352/https://cltc.berkeley.edu/aml/) from the original on 2022-05-17. Retrieved 2022-05-25.
139. "Machine-learning models vulnerable to undetectable backdoors" (https://www.theregister.com/2022/04/21/machine_learning_models_backdoors/). *The Register*. Archived (https://web.archive.org/web/20220513171215/https://www.theregister.com/2022/04/21/machine_learning_models_backdoors/) from the original on 13 May 2022. Retrieved 13 May 2022.
140. "Undetectable Backdoors Plantable In Any Machine-Learning Algorithm" (https://spectrum.ieee.org/machine-learningbackdoor). *IEEE Spectrum*. 10 May 2022. Archived (https://web.archive.org/web/20220511152052/https://spectrum.ieee.org/machine-learningbackdoor) from the original on 11 May 2022. Retrieved 13 May 2022.
141. Goldwasser, Shafi; Kim, Michael P.; Vaikuntanathan, Vinod; Zamir, Or (14 April 2022). "Planting Undetectable Backdoors in Machine Learning Models". arXiv:2204.06974 (https://arxiv.org/abs/2204.06974) [cs.LG (https://arxiv.org/archive/cs.LG)].
142. Kohavi, Ron (1995). "A Study of Cross-Validation and Bootstrap for Accuracy Estimation and Model Selection" (https://ai.stanford.edu/~ronnyk/accEst.pdf) (PDF). *International Joint Conference on Artificial Intelligence*. Archived (https://web.archive.org/web/20180712102706/http://web.cs.iastate.edu/~jtian/cs573/Papers/Kohavi-IJCAI-95.pdf) (PDF) from the original on 2018-07-12. Retrieved 2023-03-26.
143. Pontius, Robert Gilmore; Si, Kangping (2014). "The total operating characteristic to measure diagnostic ability for multiple thresholds". *International Journal of Geographical Information Science*. **28** (3): 570–583. Bibcode:2014IJGIS..28..570P (https://ui.adsabs.harvard.edu/abs/2014IJGIS..28..570P). doi:10.1080/13658816.2013.862623 (https://doi.org/10.1080%2F13658816.2013.862623). S2CID 29204880 (https://api.semanticscholar.org/CorpusID:29204880).
144. Bostrom, Nick (2011). "The Ethics of Artificial Intelligence" (https://web.archive.org/web/20160304015020/http://www.nickbostrom.com/ethics/artificial-intelligence.pdf) (PDF). Archived from the original (http://www.nickbostrom.com/ethics/artificial-intelligence.pdf) (PDF) on 4 March 2016. Retrieved 11 April 2016.
145. Edionwe, Tolulope. "The fight against racist algorithms" (https://theoutline.com/post/1571/the-fight-against-racist-algorithms). *The Outline*. Archived (https://web.archive.org/web/20171117174504/https://theoutline.com/post/1571/the-fight-against-racist-algorithms) from the original on 17 November 2017. Retrieved 17 November 2017.
146. Jeffries, Adrianne. "Machine learning is racist because the internet is racist" (https://theoutline.com/post/1439/machine-learning-is-racist-because-the-internet-is-racist). *The Outline*. Archived (https://web.archive.org/web/20171117174503/https://theoutline.com/post/1439/machine-learning-is-racist-because-the-internet-is-racist) from the original on 17 November 2017. Retrieved 17 November 2017.
147. Wong, Carissa (2023-03-30). "AI 'fairness' research held back by lack of diversity" (https://www.nature.com/articles/d41586-023-00935-z). *Nature*. doi:10.1038/d41586-023-00935-z (https://doi.org/10.1038%2Fd41586-023-00935-z). PMID 36997714 (https://pubmed.ncbi.nlm.nih.gov/36997714). S2CID 257857012 (https://api.semanticscholar.org/CorpusID:257857012). Archived (https://web.archive.org/web/20230412120505/https://www.nature.com/articles/d41586-023-00935-z) from the original on 2023-04-12. Retrieved 2023-12-09.
148. Zhang, Jack Clark. "Artificial Intelligence Index Report 2021" (https://aiindex.stanford.edu/wp-content/uploads/2021/11/2021-AI-Index-Report_Master.pdf) (PDF). *Stanford Institute for Human-Centered Artificial Intelligence*. Archived (https://web.archive.org/web/20240519121545/https://aiindex.stanford.edu/wp-content/uploads/2021/11/2021-AI-Index-Report_Master.pdf) (PDF) from the original on 2024-05-19. Retrieved 2023-12-09.

149. Bostrom, Nick; Yudkowsky, Eliezer (2011). "THE ETHICS OF ARTIFICIAL INTELLIGENCE" (https://www.nickbostrom.com/ethics/artificial-intelligence.pdf) (PDF). *Nick Bostrom*. Archived (https://web.archive.org/web/20151220175220/http://www.nickbostrom.com/ethics/artificial-intelligence.pdf) (PDF) from the original on 2015-12-20. Retrieved 2020-11-18.
150. M.O.R. Prates; P.H.C. Avelar; L.C. Lamb (11 Mar 2019). "Assessing Gender Bias in Machine Translation – A Case Study with Google Translate". arXiv:1809.02208 (https://arxiv.org/abs/1809.02208) [cs.CY (https://arxiv.org/archive/cs.CY)].
151. Narayanan, Arvind (August 24, 2016). "Language necessarily contains human biases, and so will machines trained on language corpora" (https://freedom-to-tinker.com/2016/08/24/language-necessarily-contains-human-biases-and-so-will-machines-trained-on-language-corpora/). *Freedom to Tinker*. Archived (https://web.archive.org/web/20180625021555/https://freedom-to-tinker.com/2016/08/24/language-necessarily-contains-human-biases-and-so-will-machines-trained-on-language-corpora/) from the original on June 25, 2018. Retrieved November 19, 2016.
152. Char, Danton S.; Shah, Nigam H.; Magnus, David (2018-03-15). "Implementing Machine Learning in Health Care — Addressing Ethical Challenges" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5962261). *New England Journal of Medicine*. **378** (11): 981–983. doi:10.1056/NEJMp1714229 (https://doi.org/10.1056%2FNEJMp1714229). ISSN 0028-4793 (https://www.worldcat.org/issn/0028-4793). PMC 5962261 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5962261). PMID 29539284 (https://pubmed.ncbi.nlm.nih.gov/29539284).
153. Char, D. S.; Shah, N. H.; Magnus, D. (2018). "Implementing Machine Learning in Health Care—Addressing Ethical Challenges" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5962261). *New England Journal of Medicine*. **378** (11): 981–983. doi:10.1056/nejmp1714229 (https://doi.org/10.1056%2Fnejmp1714229). PMC 5962261 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5962261). PMID 29539284 (https://pubmed.ncbi.nlm.nih.gov/29539284).
154. Research, AI (23 October 2015). "Deep Neural Networks for Acoustic Modeling in Speech Recognition" (http://airesearch.com/ai-research-papers/deep-neural-networks-for-acoustic-modeling-in-speech-recognition/). *airesearch.com*. Archived (https://web.archive.org/web/20160201033801/http://airesearch.com/ai-research-papers/deep-neural-networks-for-acoustic-modeling-in-speech-recognition/) from the original on 1 February 2016. Retrieved 23 October 2015.
155. "GPUs Continue to Dominate the AI Accelerator Market for Now" (https://www.informationweek.com/big-data/ai-machine-learning/gpus-continue-to-dominate-the-ai-accelerator-market-for-now/a/d-id/1336475). *InformationWeek*. December 2019. Archived (https://web.archive.org/web/20200610094310/https://www.informationweek.com/big-data/ai-machine-learning/gpus-continue-to-dominate-the-ai-accelerator-market-for-now/a/d-id/1336475) from the original on 10 June 2020. Retrieved 11 June 2020.
156. Ray, Tiernan (2019). "AI is changing the entire nature of compute" (https://www.zdnet.com/article/ai-is-changing-the-entire-nature-of-compute/). *ZDNet*. Archived (https://web.archive.org/web/20200525144635/https://www.zdnet.com/article/ai-is-changing-the-entire-nature-of-compute/) from the original on 25 May 2020. Retrieved 11 June 2020.
157. "AI and Compute" (https://openai.com/blog/ai-and-compute/). *OpenAI*. 16 May 2018. Archived (https://web.archive.org/web/20200617200602/https://openai.com/blog/ai-and-compute/) from the original on 17 June 2020. Retrieved 11 June 2020.
158. "Cornell & NTT's Physical Neural Networks: A "Radical Alternative for Implementing Deep Neural Networks" That Enables Arbitrary Physical Systems Training | Synced" (https://syncedreview.com/2021/05/27/deepmind-podracer-tpu-based-rl-frameworks-deliver-exceptional-performance-at-low-cost-28/). 27 May 2021. Archived (https://web.archive.org/web/20211027183428/https://syncedreview.com/2021/05/27/deepmind-podracer-tpu-based-rl-frameworks-deliver-exceptional-performance-at-low-cost-28/) from the original on 27 October 2021. Retrieved 12 October 2021.

159. "Nano-spaghetti to solve neural network power consumption" (https://www.theregister.com/2021/10/05/analogue_neural_network_research/). Archived (https://web.archive.org/web/20211006150057/https://www.theregister.com/2021/10/05/analogue_neural_network_research/) from the original on 2021-10-06. Retrieved 2021-10-12.

160. Fafoutis, Xenofon; Marchegiani, Letizia; Elsts, Atis; Pope, James; Piechocki, Robert; Craddock, Ian (2018-05-07). "Extending the battery lifetime of wearable sensors with embedded machine learning" (https://ieeexplore.ieee.org/document/8355116). *2018 IEEE 4th World Forum on Internet of Things (WF-IoT)* (https://research-information.bris.ac.uk/en/publications/b8fdb58b-7114-45c6-82e4-4ab239c1327f). pp. 269–274. doi:10.1109/WF-IoT.2018.8355116 (https://doi.org/10.1109%2FWF-IoT.2018.8355116). hdl:1983/b8fdb58b-7114-45c6-82e4-4ab239c1327f (https://hdl.handle.net/1983%2Fb8fdb58b-7114-45c6-82e4-4ab239c1327f). ISBN 978-1-4673-9944-9. S2CID 19192912 (https://api.semanticscholar.org/CorpusID:19192912). Archived (https://web.archive.org/web/20220118182543/https://ieeexplore.ieee.org/abstract/document/8355116?casa_token=LCpUeGLS1e8AAAAA:2OjuJfNwZBnV2pgDxfnEAC-jbrETv_BpTcX35_aFqN6IULFxu1xbYbVSRpD-zMd4GCUMELyG) from the original on 2022-01-18. Retrieved 2022-01-17.

161. "A Beginner's Guide To Machine learning For Embedded Systems" (https://analyticsindiamag.com/a-beginners-guide-to-machine-learning-for-embedded-systems/). *Analytics India Magazine*. 2021-06-02. Archived (https://web.archive.org/web/20220118182754/https://analyticsindiamag.com/a-beginners-guide-to-machine-learning-for-embedded-systems/) from the original on 2022-01-18. Retrieved 2022-01-17.

162. Synced (2022-01-12). "Google, Purdue & Harvard U's Open-Source Framework for TinyML Achieves up to 75x Speedups on FPGAs | Synced" (https://syncedreview.com/2022/01/12/deepmind-podracer-tpu-based-rl-frameworks-deliver-exceptional-performance-at-low-cost-183/). *syncedreview.com*. Archived (https://web.archive.org/web/20220118182404/https://syncedreview.com/2022/01/12/deepmind-podracer-tpu-based-rl-frameworks-deliver-exceptional-performance-at-low-cost-183/) from the original on 2022-01-18. Retrieved 2022-01-17.

163. Giri, Davide; Chiu, Kuan-Lin; Di Guglielmo, Giuseppe; Mantovani, Paolo; Carloni, Luca P. (2020-06-15). "ESP4ML: Platform-Based Design of Systems-on-Chip for Embedded Machine Learning" (https://ieeexplore.ieee.org/document/9116317). *2020 Design, Automation & Test in Europe Conference & Exhibition (DATE)*. pp. 1049–1054. arXiv:2004.03640 (https://arxiv.org/abs/2004.03640). doi:10.23919/DATE48585.2020.9116317 (https://doi.org/10.23919%2FDATE48585.2020.9116317). ISBN 978-3-9819263-4-7. S2CID 210928161 (https://api.semanticscholar.org/CorpusID:210928161). Archived (https://web.archive.org/web/20220118182342/https://ieeexplore.ieee.org/abstract/document/9116317?casa_token=5I_Tmgrrbu4AAAAA:v7pDHPEWlRuo2Vk3pU06194PO0-W21UOdyZqADrZxrRdPBZDMLwQrjJSAHUhHtzJmLu_VdgW) from the original on 2022-01-18. Retrieved 2022-01-17.

164. Louis, Marcia Sahaya; Azad, Zahra; Delshadtehrani, Leila; Gupta, Suyog; Warden, Pete; Reddi, Vijay Janapa; Joshi, Ajay (2019). "Towards Deep Learning using TensorFlow Lite on RISC-V" (https://edge.seas.harvard.edu/publications/towards-deep-learning-using-tensorflow-lite-risc-v). *Harvard University*. Archived (https://web.archive.org/web/20220117031909/https://edge.seas.harvard.edu/publications/towards-deep-learning-using-tensorflow-lite-risc-v) from the original on 2022-01-17. Retrieved 2022-01-17.

165. Ibrahim, Ali; Osta, Mario; Alameh, Mohamad; Saleh, Moustafa; Chible, Hussein; Valle, Maurizio (2019-01-21). "Approximate Computing Methods for Embedded Machine Learning" (https://ieeexplore.ieee.org/document/8617877). *2018 25th IEEE International Conference on Electronics, Circuits and Systems (ICECS)*. pp. 845–848. doi:10.1109/ICECS.2018.8617877 (https://doi.org/10.1109%2FICECS.2018.8617877). ISBN 978-1-5386-9562-3. S2CID 58670712 (https://api.semanticscholar.org/CorpusID:58670712). Archived (https://web.archive.org/web/20220117031855/https://ieeexplore.ieee.org/abstract/document/8617877?casa_token=arUW5Oy-tzwAAAAA:I9x6edlfskM6kGNFUN9zAFrjEBv_8kYTz7ERTxtXu9jAqdrYCcDbbwjBdgwXvb6QAH_-0VJJ) from the original on 2022-01-17. Retrieved 2022-01-17.

166. "dblp: TensorFlow Eager: A Multi-Stage, Python-Embedded DSL for Machine Learning" (https://dblp.org/rec/journals/corr/abs-1903-01855.html). *dblp.org*. Archived (https://web.archive.org/web/20220118182335/https://dblp.org/rec/journals/corr/abs-1903-01855.html) from the original on 2022-01-18. Retrieved 2022-01-17.

167. Branco, Sérgio; Ferreira, André G.; Cabral, Jorge (2019-11-05). "Machine Learning in Resource-Scarce Embedded Systems, FPGAs, and End-Devices: A Survey" (https://doi.org/10.3390%2Felectronics8111289). *Electronics*. **8** (11): 1289. doi:10.3390/electronics8111289 (https://doi.org/10.3390%2Felectronics8111289). hdl:1822/62521 (https://hdl.handle.net/1822%2F62521). ISSN 2079-9292 (https://www.worldcat.org/issn/2079-9292).


# Sources


- Domingos, Pedro (September 22, 2015). *The Master Algorithm: How the Quest for the Ultimate Learning Machine Will Remake Our World*. Basic Books. ISBN 978-0465065707.
- Nilsson, Nils (1998). *Artificial Intelligence: A New Synthesis* (https://archive.org/details/artificialintell0000nils). Morgan Kaufmann. ISBN 978-1-55860-467-4. Archived (https://web.archive.org/web/20200726131654/https://archive.org/details/artificialintell0000nils) from the original on 26 July 2020. Retrieved 18 November 2019.
- Russell, Stuart J.; Norvig, Peter (2003), *Artificial Intelligence: A Modern Approach* (http://aima.cs.berkeley.edu/) (2nd ed.), Upper Saddle River, New Jersey: Prentice Hall, ISBN 0-13-790395-2.
- Poole, David; Mackworth, Alan; Goebel, Randy (1998). *Computational Intelligence: A Logical Approach* (https://archive.org/details/computationalint00pool). New York: Oxford University Press. ISBN 978-0-19-510270-3. Archived (https://web.archive.org/web/20200726131436/https://archive.org/details/computationalint00pool) from the original on 26 July 2020. Retrieved 22 August 2020.


# Further reading


- Nils J. Nilsson, *Introduction to Machine Learning (https://ai.stanford.edu/people/nilsson/mlbook.html) Archived (https://web.archive.org/web/20190816182600/http://ai.stanford.edu/people/nilsson/mlbook.html) 2019-08-16 at the Wayback Machine*.
- Trevor Hastie, Robert Tibshirani and Jerome H. Friedman (2001). *The Elements of Statistical Learning (https://web.stanford.edu/~hastie/ElemStatLearn/) Archived (https://web.archive.org/web/20131027220938/http://www-stat.stanford.edu/%7Etibs/ElemStatLearn//) 2013-10-27 at the Wayback Machine*, Springer. ISBN 0-387-95284-5.
- Pedro Domingos (September 2015), *The Master Algorithm*, Basic Books, ISBN 978-0-465-06570-7
- Ian H. Witten and Eibe Frank (2011). *Data Mining: Practical machine learning tools and techniques* Morgan Kaufmann, 664pp., ISBN 978-0-12-374856-0.
- Ethem Alpaydin (2004). *Introduction to Machine Learning*, MIT Press, ISBN 978-0-262-01243-0.
- David J. C. MacKay. *Information Theory, Inference, and Learning Algorithms (http://www.inference.phy.cam.ac.uk/mackay/itila/book.html) Archived (https://web.archive.org/web/20160217105359/http://www.inference.phy.cam.ac.uk/mackay/itila/book.html) 2016-02-17 at the Wayback Machine* Cambridge: Cambridge University Press, 2003. ISBN 0-521-64298-1
- Richard O. Duda, Peter E. Hart, David G. Stork (2001) *Pattern classification* (2nd edition), Wiley, New York, ISBN 0-471-05669-3.
- Christopher Bishop (1995). *Neural Networks for Pattern Recognition*, Oxford University Press. ISBN 0-19-853864-2.

- Stuart Russell & Peter Norvig, (2009). *Artificial Intelligence – A Modern Approach (http://aima.cs.berkeley.edu/) Archived (https://web.archive.org/web/20110228023805/http://aima.cs.berkeley.edu/)* *2011-02-28 at the* Wayback Machine. Pearson, ISBN 9789332543515.
- Ray Solomonoff, *An Inductive Inference Machine*, IRE Convention Record, Section on Information Theory, Part 2, pp., 56–62, 1957.
- Ray Solomonoff, *An Inductive Inference Machine (http://world.std.com/~rjs/indinf56.pdf) Archived (https://web.archive.org/web/20110426161749/http://world.std.com/~rjs/indinf56.pdf)* *2011-04-26 at the* Wayback Machine A privately circulated report from the 1956 Dartmouth Summer Research Conference on AI.
- Kevin P. Murphy (2021). *Probabilistic Machine Learning: An Introduction (https://probml.github.io/pml-book/book1.html) Archived (https://web.archive.org/web/20210411153246/https://probml.github.io/pml-book/book1.html)* *2021-04-11 at the* Wayback Machine, MIT Press.


# External links

- Quotations related to Machine learning at Wikiquote
- International Machine Learning Society (https://web.archive.org/web/20171230081341/http://machinelearning.org/)
- mloss (https://mloss.org/) is an academic database of open-source machine learning software.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Machine_learning&oldid=1229241858#Models"